**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: NEWSOM, JACK WAYNE　　　　　　　§　Case No. 11-45885-DAC
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 13, 2011. The undersigned trustee was appointed on November 13, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of　　　$　　　865,233.77

　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 370,292.35 |
| Administrative expenses | 246,296.62 |
| Bank service fees | 12,106.47 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 48,624.76 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $　　　187,913.57 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/06/2012 and the deadline for filing governmental claims was 09/06/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $46,291.34. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $46,291.34, for a total compensation of $46,291.34.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/22/2016     By: /s/RICHARD J. MASON
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-45885-DAC  
**Case Name:** NEWSOM, JACK WAYNE  

**Period Ending:** 06/22/16

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/13/11 (f)  
**§341(a) Meeting Date:** 12/14/11  
**Claims Bar Date:** 09/06/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Rental property at 910 S. Michigan, #1419, Chica<br>   Orig. Asset Memo: Imported from original petition Doc# 11 | 137,000.00 | 0.00 | | 0.00 | FA |
| 2 | Rental property at 1249 W. Early Ave., Chicago,<br>   Orig. Asset Memo: Imported from original petition Doc # 11, Paid from Sales Received on 11/07/2016 from Affinity Title and Borrower Derrick J. Robles | 222,750.00 | 0.00 | | 534,600.00 | FA |
| 3 | Commercial property located at 2544, Edward Orti<br>   Orig. Asset Memo: Imported from original petition Doc# 11 | 391,500.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank, Chicago, IL, Acct. #708530****<br>   Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Joint Checking/Savings Acct # 1110010906***/7085 | 1,875.00 | 1,875.00 | | 0.00 | FA |
| 5 | Rent deposit with landlord Nadine Ferraia, 1919<br>   Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Rent deposit with landlord, Nadine Ferrala, 1919 | 4,500.00 | 4,500.00 | OA | 0.00 | FA |
| 6 | Cooking utensils, silverware/flatware, cookware<br>   Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Cooking Utensils, Silverware/Flatware, Cookware | 1,400.00 | 0.00 | OA | 0.00 | FA |
| 7 | Posters, prints<br>   Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Posters, Prints | 300.00 | 0.00 | OA | 0.00 | FA |
| 8 | Clothing<br>   Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: All Clothing | 500.00 | 0.00 | OA | 0.00 | FA |
| 9 | Wedding rings, jewelry, watches<br>   Orig. Asset Memo: Imported from original petition | 550.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-45885-DAC  
**Case Name:** NEWSOM, JACK WAYNE  

**Period Ending:** 06/22/16

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/13/11 (f)  
**§341(a) Meeting Date:** 12/14/11  
**Claims Bar Date:** 09/06/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 11; Imported from Amended Doc#: 50; Original asset description: Wedding Rings, Jewelry/Watches | | | | | |
| 10 | Term life insurance policy, wife is beneficiary<br>Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Term life insurance policy, wife is beneficary | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 401k Plan through Raby Institute<br>Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: 401K Plan through Raby Institute | 35,000.00 | 0.00 | | 0.00 | FA |
| 12 | Principal IRA<br>Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50 | 65,000.00 | 0.00 | | 0.00 | FA |
| 13 | Schwab IRA<br>Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Schwaab IRA | 15,000.00 | 0.00 | | 0.00 | FA |
| 14 | See Schedule B Rider<br>Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Duvall Industrial, LLC (Project: 1111 Imeson Pk. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Lemont POB, LLC (Project: 15900 W. 127th St. Lem<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | | 2,742.47 | FA |
| 16 | Newnan Industrial, LLC (Project: 32 Dart Rd. New<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Southwest Office Center, LLC (Project: 18210 S.<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 2,166.84 | 2,166.84 | | 0.00 | FA |
| 18 | Addison Bridge, LLC (Project: 2015 Corporate Dr.<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-45885-DAC  
**Case Name:** NEWSOM, JACK WAYNE  

**Period Ending:** 06/22/16

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/13/11 (f)  
**§341(a) Meeting Date:** 12/14/11  
**Claims Bar Date:** 09/06/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 19 | Burr Ridge, LLC (Project: 7926-8010 S. Madison A<br>  Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 20 | GS Ohio POB, LLC (Project: 3219 Clifton Ave. Cin<br>  Orig. Asset Memo: Imported from original petition Doc# 11 | 377.14 | 377.14 | | 0.00 | FA |
| 21 | NAPER POB, LLC (Project: 1259 W. 127th St. Naper<br>  Orig. Asset Memo: Imported from original petition Doc# 11 | 891.44 | 891.44 | | 0.00 | FA |
| 22 | Brown Deer - WI & WI Two, LLC (Project: Brown De<br>  Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 23 | Meridian MOB, LLC (Project: 10601 N. Meridian St<br>  Orig. Asset Memo: Imported from original petition Doc# 11 | 1,315.70 | 1,315.70 | | 0.00 | FA |
| 24 | 8330 Naab Road MOB, LLC (Project: 8330 Naab Rd.<br>  Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Berry Surgery Center, LLC (Project: 28500 Orchar<br>  Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Peoria Executive POB, LLC (Project: 4911, 5113,<br>  Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 27 | 1001 E Buckingham POB LP (Project: 4911, 5113, 5<br>  Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 28 | 3713 West 15th LP (Project: 3713 West 15th, Plan<br>  Orig. Asset Memo: Imported from original petition Doc# 11 | 12,610.49 | 12,610.49 | | 9,292.80 | FA |
| 29 | 2011 Lexus GX460 SUV, 4-door with 2,500 miles<br>  Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original petition value: 53733.00; Original asset description: | 26,866.50 | 0.00 | OA | 0.00 | FA |

# FORM 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-45885-DAC  
**Case Name:** NEWSOM, JACK WAYNE  

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/13/11 (f)  
**§341(a) Meeting Date:** 12/14/11  

**Period Ending:** 06/22/16  

**Claims Bar Date:** 09/06/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
|  | 2011 Lexus GX460 SUV, 4-dr, with 2,500 miles in |  |  |  |  |  |
| 30 | 1999 Mercedes E430 Sedan, 4 door with 159,000 mi<br>   Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: 1999 Mercedes E430 Sedan, 4-dr, with 159,000 mil | 5,710.00 | 3,260.00 | OA | 0.00 | FA |
| 31 | Charles Schwab Brokerage Investment Account Acct<br>   Orig. Asset Memo: Imported from Amended Doc#: 50; Original petition value: 0.00; Original asset description: Charles Schwab Brokerage Investment Acoount | 41,986.00 | 41,986.00 |  | 38,761.00 | FA |
| 32 | HSA Commercial, Inc.  (u) | 0.00 | 0.00 |  | 221,059.31 | FA |
| 33 | Sale of Interests in Real Estate Entities<br>   Order approving sale  3-27-14.<br>Report of sale filed 7-27-15. | 0.00 | 0.00 |  | 25,000.00 | FA |
| 34 | Potential recovery of commission by filing an am  (u)<br>   Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 50 | Unknown | 0.00 |  | 0.00 | FA |
| 35 | BSC Manager, LLC  (u)  (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 36 | East Buckingham Manager, GP  (u)  (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 37 | Properties, LLC  (u)  (See Footnote) | 0.00 | 0.00 |  | 0.00 | FA |
| 38 | JTER Uno Buckingham, LLC  (u)<br>   Asset #37 is listed in the Schedule B Rider.   (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 39 | Tinley Park POB, LLC  (u)  (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 40 | Urbana MOB, LLC  (u)  (See Footnote) | 0.00 | 0.00 |  | 0.00 | FA |
| 41 | void | 0.00 | 0.00 |  | 0.00 | FA |
| 42 | EmRaq Properties LLC  (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 43 | IRS 2012 Amended Tax Refund plus interest  (u) | 0.00 | 14,011.19 |  | 14,011.19 | FA |
| 44 | IRS Tax Refund due to the NOL carryback from 201  (u) | 0.00 | 19,767.00 |  | 19,767.00 | FA |

Exhibit A

# Form 1

Page: 5

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-45885-DAC  
**Case Name:** NEWSOM, JACK WAYNE

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/13/11 (f)  
**§341(a) Meeting Date:** 12/14/11

**Period Ending:** 06/22/16

**Claims Bar Date:** 09/06/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 44   Assets   **Totals** (Excluding unknown values) | **$967,299.11** | **$102,760.80** | | **$865,233.77** | **$0.00** |

| | |
|---|---|
| RE PROP# 35 | Asset #35 is not listed in Schedule B but it is listed in the Schedule B Rider. |
| RE PROP# 36 | Asset #36 is not listed in Schedule B but it is listed in Schedule B Rider. |
| RE PROP# 37 | Asset #37 is not listed in Schedule B but it is listed in Schedule B Rider. |
| RE PROP# 38 | Asset #37 is listed in the Schedule B rider. |
| RE PROP# 39 | Asset #39 is not listed in Schedule B but it is listed in the Schedule B Rider. |
| RE PROP# 40 | Asset #39 is not listed in Schedule B but it is listed in the Schedule B Rider. |

**Major Activities Affecting Case Closing:**

TFR preparation was on hold pending the final compensation and expense amounts from Trustee Firm.

**Initial Projected Date Of Final Report (TFR):**   August 1, 2013     **Current Projected Date Of Final Report (TFR):**   June 2, 2016  (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-45885-DAC  
**Case Name:** NEWSOM, JACK WAYNE  

**Taxpayer ID #:** **-***2200  
**Period Ending:** 06/22/16  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******47-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/06/12 | {31} | Jack Wayne Newsom | Non-exempt portion of the funds in Debtor's brokerage account | 1129-000 | 38,761.00 | | 38,761.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.24 | 38,702.76 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.59 | 38,618.17 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.77 | 38,536.40 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.70 | 38,462.70 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.69 | 38,376.01 |
| 11/08/12 | {28} | Emraq Properties | October 2011-October 2012 3713 Distributions | 1129-000 | 9,292.80 | | 47,668.81 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.96 | 47,576.85 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 47,576.85 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 48,053.80 | 48,053.80 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 47,576.85 | |
| | | | **Subtotal** | | 48,053.80 | 476.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$48,053.80** | **$476.95** | |

{} Asset reference(s)

Exhibit B

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 11-45885-DAC  
**Case Name:** NEWSOM, JACK WAYNE  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******47-67 - Checking Account  

**Taxpayer ID #:** **-***2200  
**Period Ending:** 06/22/16  

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/07/12 | | Affinity Title Services, LLC | sale proceeds received pursuant to Order at docket #117 | | | 145,649.51 | | 145,649.51 |
| | {2} | | sale proceeds | 533,000.00 | 1110-000 | | | 145,649.51 |
| | | | settlement charges to seller | -31,407.30 | 2500-000 | | | 145,649.51 |
| | | | payoff to Wells Fargo | -345,292.35 | 4110-000 | | | 145,649.51 |
| | | | real estate taxes | -8,320.84 | 2820-000 | | | 145,649.51 |
| | | | owners title insurance fees | -2,330.00 | 2500-000 | | | 145,649.51 |
| 11/07/12 | {2} | Derrick J. Robles | Title Services | | 1110-000 | 1,600.00 | | 147,249.51 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | | 9999-000 | | 147,249.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 147,249.51 | 147,249.51 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 147,249.51 | |
| | | | **Subtotal** | | | 147,249.51 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$147,249.51** | **$0.00** | |

{} Asset reference(s)

Printed: 06/22/2016 05:49 PM     V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-45885-DAC  
**Case Name:** NEWSOM, JACK WAYNE  
**Taxpayer ID #:** **-***2200  
**Period Ending:** 06/22/16  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 47,576.85 | | 47,576.85 |
| 12/26/12 | 10101 | McGuire Woods, LLP | Compensation awarded to McGuireWoods LLP | 3110-000 | | 22,562.50 | 25,014.35 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.61 | 24,951.74 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.47 | 24,912.27 |
| 02/21/13 | 10102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2013 FOR CASE #11-45885, Bond #016026455 | 2300-000 | | 102.93 | 24,809.34 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.43 | 24,775.91 |
| 03/01/13 | {32} | HSA Commercial Inc. | Real Estate Entities | 1229-000 | 212,834.23 | | 237,610.14 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 475.48 | 237,134.66 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 589.73 | 236,544.93 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 570.43 | 235,974.50 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 514.46 | 235,460.04 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 605.51 | 234,854.53 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 549.60 | 234,304.93 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 530.51 | 233,774.42 |
| 10/14/13 | 10103 | United States Treasury | 2012 Form 1041 Federal Tax Payment | 2810-000 | | 57,515.00 | 176,259.42 |
| 10/14/13 | 10104 | Illinois Department of Revenue | Jack Wayne Newsome Bankruptcy Estate - 2012 Form IL-1041 Payment | 2820-000 | | 12,298.00 | 163,961.42 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 581.63 | 163,379.79 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.00 | 162,962.79 |
| 12/23/13 | 10105 | McGladrey LLP | Compensation awarded to Accountant | 3310-000 | | 9,500.00 | 153,462.79 |
| 12/23/13 | 10106 | John F. Pollick | Compensation awarded to John F. Pollick, P.C. | 3210-000 | | 31,745.00 | 121,717.79 |
| 01/22/14 | 10107 | Illinois Department of Revenue | Payment voucher for tax period ending December 31, 2012 for Jack Wayne Newsome Bankruptcy Estate | 2820-000 | | 1,329.80 | 120,387.99 |
| 02/06/14 | 10108 | Jack Wayne Newsom | Distribution from an abandoned interest om Real Estate Entity as Awarded in 10/13/2013 Court Order - Docket # 173 | 2990-002 | | 4,406.94 | 115,981.05 |
| 02/12/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 413.10 | 115,567.95 |
| 02/27/14 | 10109 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #11-45885, Bond # 016026455 | 2300-000 | | 230.82 | 115,337.13 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.12 | 115,179.01 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.17 | 115,018.84 |
| 04/11/14 | {33} | Kessler Development | The Sale of Interests in Real Estate Entities | 1110-000 | 12,500.00 | | 127,518.84 |
| | | | Subtotals : | | $272,911.08 | $145,392.24 | |

{} Asset reference(s)

Printed: 06/22/2016 05:49 PM    V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 11-45885-DAC  
**Case Name:** NEWSOM, JACK WAYNE  

**Taxpayer ID #:** **-***2200  
**Period Ending:** 06/22/16  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Corporation/Northern CHGO | | | | | |
| 04/11/14 | {33} | Kessler Development Corporation/Northern CHGO | The Sale of Interests in Real Estate Entities | 1110-000 | 12,500.00 | | 140,018.84 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.25 | 139,819.59 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 201.10 | 139,618.49 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.12 | 139,424.37 |
| 07/02/14 | 10110 | Internal Revenue Service | Payment to the IRS | 2810-000 | | 1,000.00 | 138,424.37 |
| 07/18/14 | 10111 | McGuire Woods, LLP | McGuireWoods Fees and Expenses | | | 36,267.13 | 102,157.24 |
| | | | FEES FOR ATTORNEY     35,480.50<br>TO TRUSTEE | 3110-000 | | | 102,157.24 |
| | | | EXPENSES TO     786.63<br>ATTORNEY FOR<br>TRUSTEE | 3120-000 | | | 102,157.24 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.00 | 101,953.24 |
| 08/08/14 | | From Account #******2067 | Transfer funds to estate account | 9999-000 | 73,629.75 | | 175,582.99 |
| 08/08/14 | | To Account #******2067 | Transferring funds to Early account | 9999-000 | | 5.00 | 175,577.99 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.88 | 175,362.11 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 269.04 | 175,093.07 |
| 10/27/14 | {32} | HSA Commercial Real Estate | Payment from HSA Commericial to the Estate from the LLC Distributions it was withholding. | 1229-000 | 8,225.08 | | 183,318.15 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.42 | 183,056.73 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.96 | 182,819.77 |
| 12/29/14 | 10112 | John F. Pollick | Compensation and Expense Reimbursement to John F. Pollick, P.C. | | | 26,987.10 | 155,832.67 |
| | | | FEES FOR ATTORNEY     26,705.00<br>TO TRUSTEE | 3210-000 | | | 155,832.67 |
| | | | EXPENSES TO     282.10<br>ATTORNEY FOR<br>TRUSTEE | 3220-000 | | | 155,832.67 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 298.03 | 155,534.64 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 234.06 | 155,300.58 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.48 | 155,092.10 |
| 03/24/15 | {15} | HSA Commercial Real Estate | The estate's share of tax return from Lemont LLC | 1129-000 | 2,742.47 | | 157,834.57 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.73 | 157,595.84 |
| 04/22/15 | 10113 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/22/2015 FOR CASE #11-45885, Bond Number: 10BSBGR6291 | 2300-000 | | 100.00 | 157,495.84 |

Subtotals :    $97,097.30    $67,120.30

{} Asset reference(s)  
Printed: 06/22/2016 05:49 PM    V.13.23

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 11-45885-DAC  
**Case Name:** NEWSOM, JACK WAYNE  

**Taxpayer ID #:** **-***2200  
**Period Ending:** 06/22/16  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.67 | 157,269.17 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.67 | 157,050.50 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 240.95 | 156,809.55 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 233.06 | 156,576.49 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.70 | 156,358.79 |
| 09/24/15 | {43} | IRS - US Treasury | Tax Refund from Amended 2012 Tax Return | 1224-000 | 107.91 | | 156,466.70 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.92 | 156,226.78 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 224.70 | 156,002.08 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.90 | 155,785.18 |
| 12/11/15 | {43} | United States Treasury | 2012 Amended Tax Refund from IRS plus interest | 1224-000 | 13,903.28 | | 169,688.46 |
| 12/18/15 | {44} | United States Treasury | IRS Tax Refund due to the NOL carryback from 2014 to 2012 | 1224-000 | 19,767.00 | | 189,455.46 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 265.41 | 189,190.05 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.35 | 188,927.70 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.96 | 188,665.74 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 297.72 | 188,368.02 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.19 | 188,106.83 |
| 05/17/16 | 10114 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #11-45885, Bond Number 10BSBGR6291 Voided on 05/17/16 | 2300-000 | | 193.26 | 187,913.57 |
| 05/17/16 | 10114 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #11-45885, Bond Number 10BSBGR6291 Voided: check issued on 05/17/16 | 2300-000 | | -193.26 | 188,106.83 |
| 05/17/16 | 10115 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/17/2016 FOR CASE #11-45885, Bond Number 10BSBGR6291 Voided on 05/17/16 | 2300-000 | | 189.41 | 187,917.42 |
| 05/17/16 | 10115 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/17/2016 FOR CASE #11-45885, Bond Number 10BSBGR6291 Voided: check issued on 05/17/16 | 2300-000 | | -189.41 | 188,106.83 |
| 05/17/16 | 10116 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #11-45885, Bond Number 10BSGR6291 | 2300-000 | | 193.26 | 187,913.57 |

Subtotals : $33,778.19   $3,360.46

{} Asset reference(s)

Printed: 06/22/2016 05:49 PM   V.13.23

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 11-45885-DAC  
**Case Name:** NEWSOM, JACK WAYNE  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  

**Taxpayer ID #:** **-***2200  
**Period Ending:** 06/22/16  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 403,786.57 | 215,873.00 | $187,913.57 |
| | | | Less: Bank Transfers | | 121,206.60 | 5.00 | |
| | | | **Subtotal** | | 282,579.97 | 215,868.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$282,579.97** | **$215,868.00** | |

{} Asset reference(s)

Printed: 06/22/2016 05:49 PM    V.13.23

Exhibit B

## Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 11-45885-DAC  
**Case Name:** NEWSOM, JACK WAYNE  
**Taxpayer ID #:** **-***2200  
**Period Ending:** 06/22/16  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2067 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 147,249.51 | | 147,249.51 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 482.92 | 146,766.59 |
| 01/24/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -482.92 | 147,249.51 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 399.14 | 146,850.37 |
| 02/12/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -399.14 | 147,249.51 |
| 08/08/14 | | From Account #******2066 | Transferring funds to Early account | 9999-000 | 5.00 | | 147,254.51 |
| 08/08/14 | | To Account #******2066 | Transfer funds to estate account | 9999-000 | | 73,629.75 | 73,624.76 |
| 08/08/14 | 10101 | Theri Raby | Settlement Payment Awarded from Court Approved Settlement Order on 7/17/2014 (Docket # 229) | 8500-000 | | 48,624.76 | 25,000.00 |
| 08/08/14 | 10102 | Dr. Seymour Kessler | Settlement Payment Voided on 08/08/14 | 7100-000 | | 7,177.93 | 17,822.07 |
| 08/08/14 | 10102 | Dr. Seymour Kessler | Settlement Payment Voided: check issued on 08/08/14 | 7100-000 | | -7,177.93 | 25,000.00 |
| 08/08/14 | 10103 | Howard Gamer | Settlement Payment Voided on 08/08/14 | 7100-000 | | 12,986.45 | 12,013.55 |
| 08/08/14 | 10103 | Howard Gamer | Settlement Payment Voided: check issued on 08/08/14 | 7100-000 | | -12,986.45 | 25,000.00 |
| 08/08/14 | 10104 | Fan Man, LLC | Settlement Payment Voided on 08/08/14 | 7100-000 | | 4,835.62 | 20,164.38 |
| 08/08/14 | 10104 | Fan Man, LLC | Settlement Payment Voided: check issued on 08/08/14 | 7100-000 | | -4,835.62 | 25,000.00 |
| 08/08/14 | 10105 | Dr. Seymour Kessler | Settlement Payment Awarded from Court Approved Settlement Order on 7/17/2014 (Docket # 229) | 7100-000 | | 7,177.93 | 17,822.07 |
| 08/08/14 | 10106 | Howard Gamer | Settlement Payment Awarded from Court Approved Settlement Order on 7/17/2014 (Docket # 229) | 7100-000 | | 12,986.45 | 4,835.62 |
| 08/08/14 | 10107 | Fan Man, LLC | Settlement Payment Awarded from Court Approved Settlement Order on 7/17/2014 (Docket # 229) | 7100-000 | | 4,835.62 | 0.00 |

Subtotals :   $147,254.51   $147,254.51

{} Asset reference(s)

Printed: 06/22/2016 05:49 PM   V.13.23

Exhibit B

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-45885-DAC | **Trustee:** RICHARD J. MASON (330470) |
| **Case Name:** NEWSOM, JACK WAYNE | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******2067 - Checking Account |
| **Taxpayer ID #:** **-***2200 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/22/16 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ACCOUNT TOTALS | | 147,254.51 | 147,254.51 | $0.00 |
| | | | Less: Bank Transfers | | 147,254.51 | 73,629.75 | |
| | | | **Subtotal** | | 0.00 | 73,624.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$73,624.76** | |

| | |
|---|---|
| Net Receipts : | 477,883.28 |
| Plus Gross Adjustments : | 387,350.49 |
| Less Other Noncompensable Items : | 4,406.94 |
| Net Estate : | $860,826.83 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******47-66** | 48,053.80 | 476.95 | 0.00 |
| **Checking # ****-******47-67** | 147,249.51 | 0.00 | 0.00 |
| **Checking # ******2066** | 282,579.97 | 215,868.00 | 187,913.57 |
| **Checking # ******2067** | 0.00 | 73,624.76 | 0.00 |
| | $477,883.28 | $289,969.71 | $187,913.57 |

{} Asset reference(s)   Printed: 06/22/2016 05:49 PM    V.13.23

# Exhibit C

### Case:  11-45885-DAC   NEWSOM, JACK WAYNE

**Case Balance:**  $187,913.57    **Total Proposed Payment:**  $187,913.57    **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | IRS - US Treasury | Admin Ch. 7 | 58,515.00 | 58,515.00 | 58,515.00 | 0.00 | 0.00 | 187,913.57 |
|  | <2810-00  Income Taxes - Internal Revenue Service (post-petition)> | | | | | | | |
|  | Illinois Department of Revenue | Admin Ch. 7 | 13,627.80 | 13,627.80 | 13,627.80 | 0.00 | 0.00 | 187,913.57 |
|  | <2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)> | | | | | | | |
|  | Jack Wayne Newsom | Admin Ch. 7 | 4,406.94 | 4,406.94 | 4,406.94 | 0.00 | 0.00 | 187,913.57 |
|  | <2990-00  Other Chapter 7 Administrative Expenses> | | | | | | | |
|  | John F. Pollick | Admin Ch. 7 | 282.10 | 282.10 | 282.10 | 0.00 | 0.00 | 187,913.57 |
|  | <3220-00  Attorney for Trustee Expenses (Other Firm)> | | | | | | | |
|  | John F. Pollick | Admin Ch. 7 | 2,310.00 | 2,310.00 | 0.00 | 2,310.00 | 2,310.00 | 185,603.57 |
|  | <3210-00  Attorney for Trustee Fees (Other Firm)> | | | | | | | |
|  | John F. Pollick | Admin Ch. 7 | 26,705.00 | 26,705.00 | 26,705.00 | 0.00 | 0.00 | 185,603.57 |
|  | <3210-00  Attorney for Trustee Fees (Other Firm)> | | | | | | | |
|  | John F. Pollick | Admin Ch. 7 | 31,745.00 | 31,745.00 | 31,745.00 | 0.00 | 0.00 | 185,603.57 |
|  | <3210-00  Attorney for Trustee Fees (Other Firm)> | | | | | | | |
|  | McGladrey LLP | Admin Ch. 7 | 9,500.00 | 9,500.00 | 9,500.00 | 0.00 | 0.00 | 185,603.57 |
|  | <3310-00  Accountant for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | McGuireWoods LLP | Admin Ch. 7 | 149.00 | 149.00 | 0.00 | 149.00 | 149.00 | 185,454.57 |
|  | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | McGuireWoods LLP | Admin Ch. 7 | 786.63 | 786.63 | 786.63 | 0.00 | 0.00 | 185,454.57 |
|  | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | McGuireWoods LLP | Admin Ch. 7 | 12,141.61 | 12,141.61 | 0.00 | 12,141.61 | 12,141.61 | 173,312.96 |
|  | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | McGuireWoods LLP | Admin Ch. 7 | 22,562.50 | 22,562.50 | 22,562.50 | 0.00 | 0.00 | 173,312.96 |
|  | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | McGuireWoods LLP | Admin Ch. 7 | 35,480.50 | 35,480.50 | 35,480.50 | 0.00 | 0.00 | 173,312.96 |
|  | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | RICHARD J. MASON | Admin Ch. 7 | 46,291.34 | 46,291.34 | 0.00 | 46,291.34 | 46,291.34 | 127,021.62 |
|  | <2100-00  Trustee Compensation> | | | | | | | |
|  | RSM US LLP (f/k/a McGladrey LLP) | Admin Ch. 7 | 7,800.00 | 7,800.00 | 0.00 | 7,800.00 | 7,800.00 | 119,221.62 |
|  | <3310-00  Accountant for Trustee Fees (Trustee Firm)> | | | | | | | |
| 1 | Howard Gamer | Unsecured | 334,398.00 | 334,398.00 | 12,986.45 | 321,411.55 | 10,419.35 | 108,802.27 |
| 2 | Fan Man, LLC | Unsecured | 124,516.00 | 124,516.00 | 4,835.62 | 119,680.38 | 3,879.73 | 104,922.54 |
| 3 | Dr. Seymour Kessler | Unsecured | 184,830.00 | 184,830.00 | 7,177.93 | 177,652.07 | 5,759.03 | 99,163.51 |
| 4 | VERIZON WIRELESS | Unsecured | 110.55 | 110.55 | 0.00 | 110.55 | 7.74 | 99,155.77 |
| 5 | State Farm Bank, F.S.B. | Unsecured | 1,416,635.65 | 1,416,635.65 | 0.00 | 1,416,635.65 | 99,155.77 | 0.00 |
| 6 | Pinnacle Bank | Unsecured | 2,199,735.07 | 2,199,735.07 | 0.00 | 2,199,735.07 | 0.00 | 0.00 |
| 7 | Theri Raby | Unsecured | 48,624.76 | 48,624.76 | 48,624.76 | 0.00 | 0.00 | 0.00 |

## Exhibit C

### Case:  11-45885-DAC   NEWSOM, JACK WAYNE

**Case Balance:** $187,913.57       **Total Proposed Payment:** $187,913.57       **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 11-45885 :** | | **$4,581,153.45** | **$4,581,153.45** | **$277,236.23** | **$4,303,917.22** | **$187,913.57** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $272,303.42 | $272,303.42 | $203,611.47 | $68,691.95 | 100.000000% |
| **Total Unsecured Claims :** | $4,308,850.03 | $4,308,850.03 | $73,624.76 | $119,221.62 | 4.475588% |

**TRUSTEE'S PROPOSED DISTRIBUTION**　　　　　　　　Exhibit D

Case No.: 11-45885-DAC
Case Name: NEWSOM, JACK WAYNE
Trustee Name: RICHARD J. MASON

**Balance on hand:** $ 187,913.57

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 187,913.57

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 46,291.34 | 0.00 | 46,291.34 |
| Attorney for Trustee, Fees - John F. Pollick | 60,760.00 | 58,450.00 | 2,310.00 |
| Attorney for Trustee, Expenses - John F. Pollick | 282.10 | 282.10 | 0.00 |
| Accountant for Trustee, Fees - McGladrey LLP | 9,500.00 | 9,500.00 | 0.00 |
| Other Expenses: IRS - US Treasury | 58,515.00 | 58,515.00 | 0.00 |
| Attorney for Trustee Fees - McGuireWoods LLP | 70,184.61 | 58,043.00 | 12,141.61 |
| Attorney for Trustee Expenses - McGuireWoods LLP | 935.63 | 786.63 | 149.00 |
| Accountant for Trustee, Fees - RSM US LLP (f/k/a McGladrey LLP) | 7,800.00 | 0.00 | 7,800.00 |
| Other Expenses: Illinois Department of Revenue | 13,627.80 | 13,627.80 | 0.00 |
| Other Expenses: Jack Wayne Newsom | 4,406.94 | 4,406.94 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 68,691.95
Remaining balance: $ 119,221.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 119,221.62

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 119,221.62 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,060,490.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Howard Gamer | 334,398.00 | 12,986.45 | 10,419.35 |
| 2 | Fan Man, LLC | 124,516.00 | 4,835.62 | 3,879.73 |
| 3 | Dr. Seymour Kessler | 184,830.00 | 7,177.93 | 5,759.03 |
| 4 | VERIZON WIRELESS | 110.55 | 0.00 | 7.74 |
| 5 | State Farm Bank, F.S.B. | 1,416,635.65 | 0.00 | 99,155.77 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 119,221.62 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 2,199,735.07 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6 | Pinnacle Bank | 2,199,735.07 | 0.00 | 0.00 |

    Total to be paid for tardy general unsecured claims: $ 0.00
    Remaining balance: $ 0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

    Total to be paid for subordinated claims: $ 0.00
    Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**