# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re:**<br><br>**Jack Wayne Newsom,**<br><br>　　　　　**Debtor.** | **Hon. Carol A. Doyle**<br><br>**Case No. 11-45885**<br><br>**Chapter 7**<br><br>**Hearing Date**:  **July 27, 2016**<br>**Hearing Time: 10:00 a.m.** |

## NOTICE OF FINAL FEE APPLICATION

To:    See Attached Service List

   On  June 23, 2016, John F. Pollick, P.C. ("Pollick") filed the **Final Fee Application of John F. Pollick, P.C. for Allowance And Payment of Compensation And Reimbursement of Expenses As Counsel For the Trustee (the "Application").**   Pollick seeks $2,310.00 in compensation and $0 in expense reimbursement.  A copy of the Application and supporting documentation is attached hereto.

   A hearing (the "Hearing") will be held on the Application on  **July 27, 2016**, at the hour of **10:00 a.m.** before the Honorable Carol A. Doyle, United States Bankruptcy Judge (or any judge who may be sitting in her stead) in Courtroom 742 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, Illinois.

   Your rights may be affected.  You should read these papers carefully and discuss them with your attorney.  If you do not have an attorney, you may wish to consult one.

   If you do not want the Court to grant the Application, then on or before the hearing on **July 27, 2016**, you or your attorney must file a written Objection to the Application, which

should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219 South Dearborn Street, Chicago, Illinois, and/or appear at the Hearing on **July 27, 2016** at **10:00 a.m.**

If you do not object, the Court may grant the relief requested.

Dated: June 23, 2016                                By: /s/ John F. Pollick
                                                         John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243
Counsel for Richard J. Mason, Trustee

# **CERTIFICATE OF SERVICE**

      I, John F. Pollick, an attorney, hereby certify that I caused the foregoing Notice of Final Fee Application, together with a true copy of the Trustee's **FINAL APPLICATION OF JOHN F. POLLICK, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE,** to be served on those parties described below, in the manner indicated, this 23rd day of June, 2016.

                                        /s/ John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243

# SERVICE LIST

**BY ECF**

United States Trustee
Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Debtor's Counsel
Daniel A. Zazove
dzazove@perkinscoie.com

Counsel for Theri Griego Raby
Robert Labate
robert.labate@hklaw.com

Counsel for Howard Gamer et al.
B. Lane Hasler
lanehasler@blhpc.com

Counsel for State Farm Bank
Ryan O. Lawlor
ryan.lawlor@bryancave.com

**BY U.S. MAIL, POSTAGE PREPAID**

New York Community Bank
1801 E 9th St., Ste 200
Cleveland, OH 44114-3103

Pnc Bank
1 Cascade Plz
Akron, OH 44308-1198

Alberto A. Leon
Bauman, Dow & Leon PC
7309 Indian School Rd NE
Albuquerque, NM 87110-4554

Richard Megherby
38 Nursery Road
New Canaan, CT 06840-6914

Chase
Attn: Legal Dept.
Westerville, OH 43081

Thomas W. Banner
530-B Harkle Road
Santa Fe, NM 87505-4739

Gemb/Gapdc
Po Box 981400
El Paso, TX 79998-1400

Toyota Motor Credit
1111 W 22nd St. Ste 420
Oak Brook, IL 60523-1959

James Griffin
Schain, Burney Banks & Kenny
70 W. Madison, Suite 4500
Chicago, IL 60602-4227

VERIZON WIRELESS
PO BOX 3397
BLOOMINGTON, IL 61702-3397

Nadine Ferrara
1919 S. Prairie Avenue
Chicago, IL 60616-1991

Washington Mutual Bk F
3990 S Babcock St
Melbourne, FL 32901-8902

Wells Fargo Bank, NA
Wells Fargo Home Mortgage
 Americas Servicing
Attn: Bankruptcy Dept MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

J. Robert Forshey
Forshey & Prostok, LLP
777 Main Street
Suite 1290
Fort Worth, TX 76102

Jack Wayne Newsom
P.O. Box 11033
Chicago, IL 60611-0033

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Hon. Carol A. Doyle** |
| **Jack Wayne Newsom,** | **Case No. 11-45885** |
| **Debtor.** | **Chapter 7** |
| | **Hearing Date: July 27, 2016**<br>**Hearing Time: 10:00 a.m.** |

**COVER SHEET FOR THE FINAL APPLICATION FOR
PROFESSIONAL COMPENSATION FOR JOHN F. POLLICK, P.C.**

| | |
|---|---|
| Name of Applicant: | John F. Pollick, P.C. |
| Authorized to Provide Professional Services to: | Richard J. Mason, Ch.7 Trustee |
| Date of Retention Order: | December 20, 2012, effective as December 19, 2012 |
| Period for which Compensation is Sought: | From November 27, 2014 through June 23, 2016 |
| Amount of Fees Sought: | $2,310.00 |
| Amount of Expense Reimbursement Sought: | $0 |
| This is an: | Interim Application: __    Final Application  X |

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:                    **N/A**

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| **Nov. 27, 2013** | **12/19/12 - 11/26/13** | **$31,745.00** | **$31,745.00** |
| **Nov. 26, 2014** | **11/27/13 - 11/26/14** | **$26,987.10** | **$26,987.10** |

State the aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: **$58,732.10**

Dated: June 23, 2016                         By: /s/ John F. Pollick
                                                    John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243
Counsel for Richard J. Mason, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Jack Wayne Newsom,**<br><br>                    **Debtor.** | **Hon. Carol A. Doyle**<br><br>**Case No. 11-45885**<br><br>**Chapter 7**<br><br>**Hearing Date: July 27, 2016**<br>**Hearing Time: 10:00 a.m.** |

**FINAL APPLICATION OF JOHN F. POLLICK, P.C. FOR ALLOWANCE
AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS COUNSEL FOR THE TRUSTEE FOR THE PERIOD
NOVEMBER 27, 2014 THROUGH JUNE 23, 2016**

John F. Pollick, P.C., counsel for Richard J. Mason, not individually, but solely as the Chapter 7 trustee ("Trustee") of the bankruptcy estate (the "Estate") for the above-captioned debtor ("Debtor"), submits this Final Application (the "Application") of John F. Pollick, P.C. ("Pollick") for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel for the Trustee for the Period from November 27, 2014 through June 23, 2016 (the "Compensation Period") and requests the entry of an order allowing and authorizing payment of compensation (the "Compensation") in the amount of $2,310.00 and reimbursement of expenses (the "Expense Reimbursement") in the amount of $0 for services provided and expenses incurred by Pollick as counsel for the Trustee, and, in support thereof, respectfully states as follows:

**Jurisdiction and Venue**

1. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. Pursuant to 28 U.S.C. §157(b)(2)(A) and (O), this Application is a core proceeding.

2. Venue is proper in this Court pursuant to 28 U.S.C. §§1408 and 1409.

**Background**

3.On November 13, 2011, the Debtor filed herein a voluntary petition under Chapter 7 of the United States Bankruptcy Code (the "Code").

4.On or about November 14, 2011, the Trustee was appointed trustee herein.

5.On or about December 20, 2012, the Trustee was authorized to retain Pollick as his primary counsel herein, effective as of December 19, 2012. [Docket No. 136].

6.The Trustee is currently holding general, unencumbered Estate funds totaling $187,913.57 ("Estate Funds").  If authorized, payment of the fees and reimbursement of expenses requested herein would be made from Estate Funds.

**Relief Requested**

7.Through this Application, Pollick seeks the entry of an order, pursuant to sections 330 and 331 of the Code, approving and authorizing immediate payment to it from Estate Funds of Compensation in the amount of $2,310.00 and Expense Reimbursement in the amount of $0 incurred in representing the Trustee during the Compensation Period.  A detailed abstract containing specific summaries of all services provided by Pollick to the Trustee during this period, including all fees charged, is attached hereto as Exhibit A.

8.This is Pollick's Final Application for Compensation and Expense Reimbursement.

**Background**

9.As of the Petition Date, the Debtor owned a fee simple interest with his wife in two residential properties, both located in Chicago.  In addition, the Debtor owned interests, ranging from .498% to 100%, in 21 entities, consisting of 20 limited liability companies and a limited partnership.  Those entities, in turn, owned, directly or indirectly, 17 commercial

properties, primarily medical office buildings, located in several different states. Three of the 21 entities managed commercial properties but did not own them. See Debtor's Amended Schedules A and B [Docket No. 41].

10. The wide-ranging and complex nature of the Debtor's real estate interests have presented challenges for the Trustee. These challenges include, among other things, collecting proceeds and distributions arising from these interests, valuing and deciding to either liquidate or abandon them, dealing with tax issues arising from the income, gains and/or losses they generate, analyzing and resolving objections to both claims and the Debtor's discharge, negotiating, documenting and obtaining Court approval of a global settlement among the Trustee, Debtor and various creditors relating to numerous disputes among them, and, with Court approval, abandoning various Estate interests and selling others. To assist with tax issues relating to these interests, the Trustee retained McGladrey LLP ("McGladrey", n/k/a RSM US LLP). [Docket No. 164].

### Summary of Pollick's Activities by Category

11. The general categories of services provided by Pollick during the Compensation Period are: (i) General Administrative; (ii) Sale of Real Estate Interests; (iii) Fee Petitions; and (iv) Closing of Case. Details of services in these categories are set forth in Exhibit A attached hereto, in which each category is designated and grouped as a separate matter.

12. **General Administrative.** This category included working and corresponding with the Estate's accountant regarding distributions, income and losses attributable to the Estate and preparation of tax returns.

13. **Sale of Real Estate Interests.** This category included review of the Estate's sale of various real estate interests and the preparation and filing of Reports of Sale relating to same.

14. **Fee Petitions.** This category included preparation of this Application and a Final Fee Application for McGladrey (n/k/a RSM US LLP).

15. **Closing of Case.** This category includes services which Pollick anticipates it will perform in connection with the closing of this case, including review of the Trustee's final report and any necessary Court appearance relating to same.

### Nature of Services Performed by Pollick

16. All services performed by Pollick for which compensation is being sought were performed for and on behalf of the Trustee.

17. This Application has been prepared with the intention of complying with the applicable standards set forth in the Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

18. None of the payments received by Pollick will be shared with any other party, nor are these payments subject to a sharing arrangement between Pollick and any third party.

19. In accordance with section 330 of the Code, Pollick represents that the amount of fees and expenses are fair and reasonable given: (a) the nature of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Code.

20. The normal hourly rate charged by John F. Pollick, the principal and sole attorney of Pollick, for the Compensation Period covered by this application is as follows:

| Name | Rate | Hours | Total Value of Services |
|---|---|---|---|
| John F. Pollick | 350.00 | 6.6 | $2,310.00 |

21. During the Compensation Period Pollick performed significant legal services to the Trustee, as set forth in detail in Exhibit A attached hereto, summarized as follows:

| Nature of Services | Hours | Value ($) |
|---|---|---|
| General Administration | 1.0 | 350.00 |
| Sale of Real Estate Interests | 1.9 | 665.00 |
| Fee Petitions | 2.7 | 945.00 |
| Closing of Case | 1.0 | 350.00 |
| **Total** | **6.6** | **2,310.00** |

22. All of the services summarized above and set forth in Exhibit A were reasonably necessary in order that the interest of the Estate and its creditors be adequately represented, protected and defended and to maximize the recovery to the Estate and its creditors.

## Computation of Compensation

23. The services performed by Pollick during the Compensation Period required a total time expenditure for which compensation is sought of 6.6 hours. The average hourly rate for such services, as requested in this Application, is $350.00 per hour. The services for which Pollick is seeking compensation are set forth with particularity in Exhibit A. Based on the nature, extent and value of the services for which Pollick is seeking compensation, the time spent on such services and cost of comparable services other than in a case under the Bankruptcy Code, such services have a value of not less than $2,310.00.

## Expenses

24. Pollick has incurred no expenses of its representation of the Trustee for which it seeks reimbursement

## Notice

25. Sections 330 and 331 of the Bankruptcy Code require notice and a hearing before any action on this Application. In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, the Trustee has mailed or, through the Court's ECF System,

emailed a copy of this Application and Notice of the hearing on all parties on the service list in this bankruptcy case.

WHEREFORE, Pollick prays this Court enter an order allowing Pollick's compensation of $2,310.00 as payment for legal fees; authorizing immediate payment of same from Estate Funds; approving the form and manner of notice provided to creditors and other parties in interest herein; approving all prior interim allowances of fees and expenses to Pollick in this case; and granting such further relief as the Court deems just.

Dated: June 23, 2016                              By: /s/ John F. Pollick
                                                      John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243
Counsel for Richard J. Mason, Trustee