# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JACK WAYNE NEWSOM, | ) | Case No. 11-45885 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date: July 27, 2016 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

## NOTICE OF FEE APPLICATION

To:   See Attached Service List

On June 23, 2016, McGuireWoods, LLP ("McGuireWoods") filed the **APPLICATION OF MCGUIREWOODS TO ALLOW ADDITIONAL COMPENSATION AND TO APPROVE FINAL AWARDS.**

**Fee Application of McGuireWoods LLP for Allowance And Payment of Compensation And Reimbursement of Expenses As Counsel For the Trustee (the "Application").** McGuireWoods seeks **$12,141.61** in compensation and **$149.00** in expense reimbursement. A copy of the Application and supporting documentation is attached hereto.

A hearing (the "Hearing") will be held on the Application on **July 27, 2016,** at the hour of **10:00 a.m.** before the Honorable Carol A. Doyle, United States Bankruptcy Judge (or any judge who may be sitting in her stead) in Courtroom 742 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, Illinois.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before the hearing on **July 27, 2016**, you or your attorney must file a written Objection to the Application, which

should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219 South Dearborn Street, Chicago, Illinois, and/or appear at the Hearing on **July 27, 2016,** at **10:00 a.m.**

If you do not object, the Court may grant the relief requested.

Date: June 23, 2016                                                           By:    /s/ Richard J. Mason

Richard J. Mason, P.C.(ARDC #01787659)
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, IL  60601-1815
(312) 849-8100
*Counsel to Richard J. Mason, Trustee*

# **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that he caused copies of the foregoing **APPLICATION OF MCGUIREWOODS TO ALLOW ADDITIONAL COMPENSATION AND TO APPROVE FINAL AWARDS (the "Application") and the Notice of the same** to be served on this 23rd day of June, 2016 via the Court's electronic filing system on all parties who have consented to receipt of such service and upon all other parties on the attached Service List via United States mail, proper postage prepaid.

                                                  /s/ Richard J. Mason
                                                   Richard J. Mason

## SERVICE LIST

Electronic Mail Notice List

The following is the list of parties who are currently on the list to receive email notice/service for this case.

- Debra R Bernard    dbernard@perkinscoie.com, sdinter@perkinscoie.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- David J. Gold    dgold@perkinscoie.com, jmatamoros@perkinscoie.com,ecf-f3d8ba2b0968@ecf.pacerpro.com;nsaldinger@perkinscoie.com
- Deborah M Gutfeld    dgutfeld-efile@perkinscoie.com, docketchi@perkinscoie.com
- B Lane Hasler    lanehasler@blhpc.com
- Robert J. Labate    robert.labate@hklaw.com
- Ryan O. Lawlor    Ryan.Lawlor@bryancave.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Richard J Mason    rmason@mcguirewoods.com, IL54@ecfcbis.com
- Richard J Mason    rmason@mcguirewoods.com, IL54@ecfcbis.com
- John F. Pollick    johnfpollick@gmail.com
- Jeffrey Snell    jeffrey.snell@usdoj.gov
- Daniel A Zazove    docketchi@perkinscoie.com
- Daniel A Zazove    docketchi@perkinscoie.com

## SERVICE LIST

Alberto A Leon, Esq.
PO Box 30684
Albuquerque, NM 87190-0684

Chase
Attn: Legal Dept.
Westerville, OH 43081

Fan Man LLC
1725 Sherwood Rd.
Highland Park, IL 60035-2258

Howard W. Gamer
666 Dundee Road. #401
Northbrook, IL 60062-2733

Kessler Gamer Fan Man LLC
c/o Jay R. Hoffman
Hoffman Legal
20 S. Clark St., Suite 1900
Chicago, IL 60603-1884

Peta Stevenson & Erik Bowman
1249 W. Early Avenue
Chicago, IL 60660-3481

Ryan O. Lawlor
Bryan Cave LLP
161 N. Clark Street, Ste 4300
Chicago, IL 60601-3430

State Farm Bank FSB
BRYAN CAVE LLP
Attn: Ryan O. Lawlor, Esq.
161 North Clark Street, Suite 4300
Chicago, Illinois 60601-3430

Thomas W. Banner
530-B Harkle Road
Santa Fe, NM 87505-4739

Fan Man LLC
c/o B. Lane Hasler PC
1530 South State Street
Suite 17A
Chicago, IL 60605-2977

Alberto A. Leon
Bauman, Dow & Leon PC
7309 Indian School Rd NE
Albuquerque, NM 87110-4554

Chase
P.O. Box 9001020
Louisville, KY 40290-1020

Gemb/Gapdc
Po Box 981400
El Paso, TX 79998-1400

James Griffin
Schain, Burney Banks & Kenny
70 W. Madison, Suite 4500
Chicago, IL 60602-4227

Nadine Ferrara
1919 S. Prairie Avenue
Chicago, IL 60616-1991

PNC Bank
1 Cascade Plz
Akron, OH 44308-1198

Seymour Kessler
950 N. Michigan Ave
Chicago, IL 60611-4500

State Farm Bank, F.S.B.
c/o Ryan O. Lawlor
Bryan Cave LLP
161 N. Clark Street, Ste 4300
Chicago, IL 60601-3430

Toyota Motor Credit
1111 W 22nd St. Ste 420

Washington Mutual Bk F
3990 S Babcock St
Melbourne, FL 32901-8902

Deborah M Gutfeld
Perkins Coie LLP
131 South Dearborn
Chicago, IL 60603-5559

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Simone Randolph
Perkins Coie LLP
131 S. Dearborn
Suite 1700
Chicago, IL 60603-5559

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

Brook Anderson & Louis Burtuca
910 S. Michigan Ave., #1419
Chicago, IL 60605-2287

Dr. Seymour Kessler
c/o B. Lane Hasler PC
1530 South State Street Suite 17A
Chicago, IL 60605-2977

Howard Gamer
c/o B. Lane Hasler PC
1530 South State Street, Suite 17A
Chicago, IL 60605-2977

Jay R. Hoffman
Hoffman Legal
20 S. Clark St., Suite 1900
Chicago, IL 60603-1884

New York Community Bank
1801 E 9th St., Ste 200
Cleveland, OH 44114-3103

Richard Megherby
38 Nursery Road
New Canaan, CT 06840-6914

State Farm Bank F.S.B.
1 State Farm Plaza
Bloomington, IL 61710-0001

Theri Griego Raby
1845 S. Prarie Avenue
Chicago, IL 60616-1319

Verizon Wireless
Po Box 3397
Bloomington, IL 61702-3397

Wells Fargo Bank NA
Wells Fargo Home Mortgage Americas
Servicing
Attn: Bankruptcy Dept
Mac X7801-014
3476 Stateview Blvd
Fort Mill, SC 29715-7203

Howard W. Gamer
c/o B. Lane Hasler
1530 South State Street
Suite 17A
Chicago, IL 60605-2977

Wells Fargo Hm Mortgage
8480 Stagecoach Cir
Frederick, MD 21701

Verizon
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Daniel A Zazove
Perkins Coie LLP
131 S. Dearborn
Suite 1700
Chicago, IL 60603-5559

Jack Wayne Newsom
P.O. Box 11033
Chicago, IL 60611-0033

Seymour S. Kessler
c/o B. Lane Hasler
1530 South State Street
Suite 17A
Chicago, IL 60605-2977

Robert J. Labate
Steffanie N. Garrett
Holland & Knight LLP
131 S. Dearborn Street
30th Flr.
Chicago, IL  60604

Deborah S. Ashen
The Law Offices of Deborah S. Ashen, Ltd.
217 N. Jefferson Street
Suite 601
Chicago, IL 60661

Nadine L. Ferrata
Coldwell Banker
1840 N. Clark Street
Chicago, IL 60614-5881

Heidi Weitmann Coleman
Law Offices of Heidi Weitmann
Coleman, PC
7301 N. Lincoln Ave.
Suite 140
Lincolnwood, Illinois 60712

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JACK WAYNE NEWSOM, | ) | Case No. 11-45885 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date: July 27, 2016 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

**COVER SHEET FOR FINAL APPLICATION FOR
PROFESSIONAL COMPENSATION FOR MCGUIREWOODS LLP**

Name of Applicant:                                           McGuireWoods LLP

Authorized to Provide Professional Services to:              Richard J. Mason, Ch.7 Trustee

Date of Retention Order:                                     October 31, 2012 effective as of September 1, 2012

Period for which Additional Compensation Is Sought:          May 31, 2014 through closure of case

Amount of Fees Sought:                                       $12,141.61

Amount of Expense Reimbursement Sought:                      $149.00

This is an:              Interim Application __        Final Application X

If this is not the first application filed herein by this professional, disclose as to all prior
fee applications:                                    **None**

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| November 19, 2012 | September 1, 2012 – November 13, 2012 | $24,270.00 | $22,562.50 |
| June 26, 2014 | November 14, 2012 – May 30, 2014 | $36,267.13 | $36,267.13 |

State the aggregate amount of fees and expenses paid to the Applicant to date for services
rendered and expenses incurred herein is: None

Dated: June 23, 2016                                      **McGuireWoods LLP**

                                                            By: /s/ Richard J. Mason
                                                                Richard J. Mason

Richard J. Mason, P.C. (ARDC #01787659)
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-9100

9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JACK WAYNE NEWSOM, | ) | Case No. 11-45885 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date: July 27, 2016 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

**MOTION OF MCGUIREWOODS TO ALLOW ADDITIONAL
COMPENSATION AND TO APPROVE FINAL AWARDS**

McGuireWoods LLP ("McGuireWoods"), counsel for Richard J. Mason, the trustee ("Trustee") in the above-captioned bankruptcy case, submits this Motion of McGuireWoods to Allow Additional Compensation of **$12,141.61** and Expense Reimbursement of **$149.00** and Approve prior awards ("Trustee's Motion"), and in support thereof, respectfully states as follows:

**Jurisdiction and Venue**

1. This is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A).

2. The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157(b)(2) and 1334.

3. Venue of this Case is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

4. On or about November 13, 2011 ("Petition Date"), Jack Wayne Newsome (the "Debtor"), commenced this bankruptcy case by filing a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Code"). Prior to the bankruptcy, the Debtor was in the

business of promoting and investing in various real estate projects. His principal assets consisted of fractional interests in various entities that owned real estate with complex tax-motivated structures.

5. Shortly after commencement of the case, Richard J. Mason was appointed trustee.

6. On October 31, 2012, the Court entered an order authorizing the Trustee to retain McGuireWoods as counsel to the Trustee, effective as of September 1, 2012. **[Docket No. 118]**

7. The Trustee is currently holding cash totaling **$187,913.57**. If authorized, payment of the fees and expenses requested herein would be made from those funds.

## Relief Requested

8. McGuireWoods now seeks the entry of an order, pursuant to Section 330 and 331 through the Motion, (a) approving and authorizing payment of **$12,141.61** in additional compensation and expense reimbursement of **$149.00** ("Final Payment of Compensation and Expense Reimbursement") from and after May 14, 2014 to the closing of this case ("Last Compensation Period") and (b) final approval of current awards and previous awards on December 20, 2012 of $22,562.50 for the period from the September 1, 2012 to November 13, 2012 **[Docket 128]** and on July 17, 2014 $36,267.13 from November 14, 2012 to May 30, 2014 **[Docket 226]**.

## McGuireWoods Activities

9. During the case, McGuireWoods assisted the Trustee in liquidating the Debtor's various fractional interests in real estate, analyzing disputed claims by and against the Debtor's former partners and a substantial creditor, working out a multi-faceted settlement with former partners involving the transfer of various fractional interests in real estate, planning with the

trustee's accountants certain tax matters, and investigating other affairs of the Debtor. After McGuireWoods began representing the Trustee, John Pollick, an attorney at McGuireWoods with a strong background in real estate, left the firm, and the Trustee retained Mr. Pollick as additional counsel to assist principally on the disposition of the estate's real estate interests.

10. During the Last Compensation Period, McGuireWoods work consisted of working on portions of the settlement agreement with the Debtor's former partners, preparing and processing McGuireWoods second request for compensation, engaging in discussions with the United States Trustee about concerns pertaining to certain of the Debtor's affairs, and addressing certain legal issues relating to the estate's treatment of taxes and tax refunds.

11. The normal hourly rates charged by the partners, associates and paralegals of McGuireWoods for the Last Compensation Period are as follows[1]:

| Name | Title | Specialty | Total Hours | Rate ($/hour) | Total Value |
| --- | --- | --- | --- | --- | --- |
| Richard J. Mason | Partner | Bankruptcy and Commercial Litigation | 9.4 | $775-850 | $7,533.75 |
| Paul J. Catanese | Counsel | Bankruptcy and Commercial Litigation | 6.2 | $450-525 | $2,790.00 |
| Justin LeClaire | Paralegal | Bankruptcy and Litigation | 2.5 | $270.00 | $675.00 |
| **Total** | | | **20.1** | | **$10,998.75** |

---

[1] From time to time, McGuireWoods charges other rates to clients, usually due to a special rate structure based on the volume of work or based on the client's request for a fixed fee or a partial contingency.

12. The blended rate of attorneys and paraprofessionals representing the Trustee in this entire case is approximately **$571.43**/hour.  McGuireWoods has added two hours at this blended rate to its compensation request to cover the approximate time needed to appear in Court on the Motion and on the Trustee's Final Report.

13. All services performed by McGuireWoods for which compensation is being sought were performed for and on behalf of the Trustee.

14. This Motion has been prepared with the intention of complying with the applicable standards set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

15. None of the payments received by McGuireWoods will be shared with any other party, nor are these payments subject to a sharing arrangement between McGuireWoods and any third party.

16. In accordance with section 330 of the Bankruptcy Code, McGuireWoods represents that the amount of fees and expenses are fair and reasonable given: (a) the nature of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

17. During the Last Compensation Period McGuireWoods performed significant legal services to the Trustee, as set forth above.

| Nature of Services | Approximate Hours | Approximate Value |
|---|---|---|
| 0001- General Administration | 4.0 | $3,188.75 |
| 0002 – Creditors and Claims and Related Settlements | 3.0 | $2,317.50 |
| 0005 – Professional Retention and Fee Applications | 11.1 | $5,492.50 |
| **Total** | **18.1** | **$10,998.75** |

18. All of the services summarized above were reasonably necessary in order that the interest of the estate and its creditors be adequately represented, protected and defended and to maximize the recovery to the estate and its creditors.

### Computation of Compensation

19. The services performed by McGuireWoods during the Last Compensation Period required a total time expenditure for which compensation is sought of approximately **20.1** hours on the part of the principals, associates, and paralegals of McGuireWoods. The services for which McGuireWoods is seeking compensation are set forth with particularity in Exhibit A. Based on the nature, extent and value of the services for which McGuireWoods is seeking compensation, the time spent on such services and cost of comparable services other than in a case under the Bankruptcy Code, such services have a value of not less than **$12,141.61**.

### Notice

20. Sections 330 and 331 of the Bankruptcy Code require notice and a hearing before any action on this Application. In compliance with these sections and Federal Rule of Bankruptcy Procedure 2002, McGuireWoods has mailed a copy of this Motion and Notice of the hearing on all parties on the service list in this bankruptcy case, except those who have consented to receive service through the Court's electronic filing system.

WHEREFORE, McGuireWoods prays this Court enter an order (a) allowing it additional compensation for the Last Compensation Period of **$12,141.61** and related expense reimbursement of **$149.00** and (b) to approve the current and all prior awards as being final; (c) authorizing the Trustee to pay the awards of the Final Compensation Period; and (d) granting such other and further relief as this Court deems just.

Dated: June 23, 2016

/s/ Richard J. Mason
*One of the Attorneys for the Trustee*

Richard J. Mason, P.C. (ARDC #01787659)
McGuireWoods LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100