# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Hon. Carol A. Doyle |
| Jack Wayne Newsom, | Case No. 11-45885 |
| Debtor. | Chapter 7 |
| | Hearing Date: July 27, 2016 |
| | Hearing Time: 10:00 a.m. |

## COVER SHEET FOR TRUSTEE'S FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Name of Applicant:    **Richard J. Mason, Trustee**

Authorized to Provide Professional Services to:  Bankruptcy Estate of Jack Wayne Newsom

Date of Order Authorizing Employment:  November 13, 2011

Period for Which Compensation is Sought:  November 13, 2011 through Closing of Case.

Amount Of Fees Sought:         **$46,291.34**

Amount of Expense Reimbursement Sought:    **$0.00**

This is an: _____ Interim Application        __X__ Final Application

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $ 46,291.34.

Date: June 23, 2016                                   Applicant:  /s/ Richard J.Mason
                                                               Richard J. Mason, Trustee

Richard J. Mason, P.C. (ARDC #01787659)
McGuireWoods LLP
77 W. Wacker Drive – Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Hon. Carol A. Doyle |
| **Jack Wayne Newsom,** | Case No. 11-45885 |
| Debtor. | Chapter 7 |
| | Hearing Date: July 27, 2016 |
| | Hearing Time: 10:00 a.m. |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: THE HONORABLE CAROL A. DOYLE,
BANKRUPTCY JUDGE

NOW COMES RICHARD J. MASON, Trustee herein, pursuant to 11 U.S.C. §330, and requests $46,291.34 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

#### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $860,826.83. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 4,500.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 40,541.34 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 46,291.34 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                  $              0.00

     The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this the 23rd day of June, 2016.

Dated:  June 23, 2016                          /s/ RICHARD J. MASON
                                                                                       RICHARD J. MASON, Trustee
                                                                                       McGuire Woods LLP
                                                                                       77 West Wacker Drive
                                                                                       Suite # 4100
                                                                                       Chicago, IL  60601-1815

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| John F. Pollick Fees | 0.00 | 2,310.00 | |
| McGuireWoods LLP Fees | 0.00 | 12,141.61 | |
| McGuireWoods LLP Expenses | 0.00 | 149.00 | |
| John F. Pollick Fees | 26,705.00 | 0.00 | |
| John F. Pollick Expenses | 282.10 | 0.00 | |
| McGuireWoods LLP Fees | 22,562.50 | 0.00 | |
| John F. Pollick Fees | 31,745.00 | 0.00 | |
| McGuireWoods LLP Fees | 35,480.50 | 0.00 | |
| McGuireWoods LLP Expenses | 786.63 | 0.00 | |
| | | | 132,162.34 |
| **Accountant for Trustee** | | | |
| RSM US LLP (f/k/a McGladrey LLP) Fees | 0.00 | 7,800.00 | |
| McGladrey LLP Fees | 9,500.00 | 0.00 | |
| | | | 17,300.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTAL | $  127,061.73 | $  22,400.61 | $  149,462.34 |

Printed: 06/23/16 01:42 PM

# Trustee's Compensation

**Debtor:** NEWSOM, JACK WAYNE

**Case:** 11-45885

| **Computation of Compensation** | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 860,826.83 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 810,826.83 | = | 40,541.34 |
| 3% of Balance | 0.00 | = | 0.00 |
| **Calculated Total Compensation:** | | | **$46,291.34** |
| Plus Adjustment: | | | 0.00 |
| **Total Compensation:** | | | **$46,291.34** |
| Less Previously Paid: | | | 0.00 |
| **Total Compensation Requested:** | | | **$46,291.34** |

| **Trustee Expenses** | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 0 copies at 0.0 cents per copy | 0.00 |
| Postage | | 0.00 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| **Subtotal Expenses:** | | **$0.00** |
| Plus Adjustment: | | 0.00 |
| **Total Expenses:** | | **$0.00** |
| Less Previously Paid: | | 0.00 |
| **Total Expenses Requested:** | | **$0.00** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $46,291.34 as compensation and $0.00 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:  06/23/16

Signed: /s/ RICHARD J. MASON

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL 60601-1815