# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re:** | Hon. Carol A. Doyle |
| **Jack Wayne Newsom,** | Case No. 11-45885 |
| Debtor. | Chapter 7 |
| | Hearing Date: July 27, 2016<br>Hearing Time: 10:00 a.m. |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states that the **NOTICE OF FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** was duly served upon the foregoing persons by enclosing a true and correct copy, together with (1) **Trustee's First and Final Application for Compensation**, (2) **McGuireWoods LLP's Final Application for Compensation and Reimbursement of Expenses as Counsel for the Trustee**, (3) **RSM US LLP (f/k/a McGladrey LLP) Final Application for Compensation as Accountants to the Trustee**, and (4) **John F. Pollick, P.C.'s Final Application for Compensation as Counsel for the Trustee** in properly addressed envelopes and causing the same to be deposited in the First Class Mail at 77 West Wacker Drive, Chicago, Illinois on the 23rd day of June, 2016.

          /s/ Richard J. Mason
          Richard J. Mason, Trustee

Richard J. Mason, P.C.
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601-1815
(312) 849-8100

1

## SERVICE LIST

Alberto A Leon, Esq.
PO Box 30684
Albuquerque, NM 87190-0684

Chase
Attn: Legal Dept.
Westerville, OH 43081

Fan Man LLC
1725 Sherwood Rd.
Highland Park, IL 60035-2258

Howard W. Gamer
666 Dundee Road. #401
Northbrook, IL 60062-2733

Kessler Gamer Fan Man LLC
c/o Jay R. Hoffman
Hoffman Legal
20 S. Clark St., Suite 1900
Chicago, IL 60603-1884

Peta Stevenson & Erik Bowman
1249 W. Early Avenue
Chicago, IL 60660-3481

Ryan O. Lawlor
Bryan Cave LLP
161 N. Clark Street, Ste 4300
Chicago, IL 60601-3430

State Farm Bank FSB
BRYAN CAVE LLP
Attn: Ryan O. Lawlor, Esq.
161 North Clark Street, Suite 4300
Chicago, Illinois 60601-3430

Thomas W. Banner
530-B Harkle Road
Santa Fe, NM 87505-4739

Fan Man LLC
c/o B. Lane Hasler PC
1530 South State Street
Suite 17A
Chicago, IL 60605-2977

Alberto A. Leon
Bauman, Dow & Leon PC
7309 Indian School Rd NE
Albuquerque, NM 87110-4554

Chase
P.O. Box 9001020
Louisville, KY 40290-1020

Gemb/Gapdc
Po Box 981400
El Paso, TX 79998-1400

James Griffin
Schain, Burney Banks & Kenny
70 W. Madison, Suite 4500
Chicago, IL 60602-4227

Nadine Ferrara
1919 S. Prairie Avenue
Chicago, IL 60616-1991

PNC Bank
1 Cascade Plz
Akron, OH 44308-1198

Seymour Kessler
950 N. Michigan Ave
Chicago, IL 60611-4500

State Farm Bank, F.S.B.
c/o Ryan O. Lawlor
Bryan Cave LLP
161 N. Clark Street, Ste 4300
Chicago, IL 60601-3430

Toyota Motor Credit
1111 W 22nd St. Ste 420
Oak Brook, IL 60523-1959

Washington Mutual Bk F
3990 S Babcock St
Melbourne, FL 32901-8902

Deborah M Gutfeld
Perkins Coie LLP
131 South Dearborn
Chicago, IL 60603-5559

Patrick S Layng
Office of the U.S. Trustee,
Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Simone Randolph
Perkins Coie LLP
131 S. Dearborn
Suite 1700
Chicago, IL 60603-5559

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

Brook Anderson & Louis
Burtuca
910 S. Michigan Ave., #1419
Chicago, IL 60605-2287

Dr. Seymour Kessler
c/o B. Lane Hasler PC
1530 South State Street Suite 17A
Chicago, IL 60605-2977

Howard Gamer
c/o B. Lane Hasler PC
1530 South State Street, Suite 17A
Chicago, IL 60605-2977

Jay R. Hoffman
Hoffman Legal
20 S. Clark St., Suite 1900
Chicago, IL 60603-1884

New York Community Bank
1801 E 9th St., Ste 200
Cleveland, OH 44114-3103

Richard Megherby
38 Nursery Road
New Canaan, CT 06840-6914

State Farm Bank F.S.B.
1 State Farm Plaza
Bloomington, IL 61710-0001

Theri Griego Raby
1845 S. Prarie Avenue
Chicago, IL 60616-1319

Verizon Wireless
Po Box 3397
Bloomington, IL 61702-3397

Wells Fargo Bank NA
Wells Fargo Home Mortgage
Americas Servicing
Attn: Bankruptcy Dept
Mac X7801-014
3476 Stateview Blvd
Fort Mill, SC 29715-7203

Howard W. Gamer
c/o B. Lane Hasler
1530 South State Street
Suite 17A
Chicago, IL 60605-2977

Wells Fargo Hm Mortgage
8480 Stagecoach Cir
Frederick, MD 21701

Verizon
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Daniel A Zazove
Perkins Coie LLP
131 S. Dearborn
Suite 1700
Chicago, IL 60603-5559

Jack Wayne Newsom
P.O. Box 11033
Chicago, IL 60611-0033

Seymour S. Kessler
c/o B. Lane Hasler
1530 South State Street
Suite 17A
Chicago, IL 60605-2977

Robert J. Labate
Steffanie N. Garrett
Holland & Knight LLP
131 S. Dearborn Street
30th Flr.
Chicago, IL  60604

Deborah S. Ashen
The Law Offices of Deborah S.
Ashen, Ltd.
217 N. Jefferson Street
Suite 601
Chicago, IL 60661

Nadine L. Ferrata
Coldwell Banker
1840 N. Clark Street
Chicago, IL 60614-5881

Heidi Weitmann Coleman
Law Offices of Heidi Weitmann
Coleman, PC
7301 N. Lincoln Ave.
Suite 140
Lincolnwood, Illinois 60712