# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: NEWSOM, JACK WAYNE          § Case No. 11-45885
                                   §
                                   §
Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $689,952.62          Assets Exempt: $120,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $489,513.97    Claims Discharged
                                                Without Payment: $4,116,003.65

Total Expenses of Administration: $327,095.04

3) Total gross receipts of $ 865,233.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 48,624.76 (see **Exhibit 2**), yielded net receipts of $816,609.01 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $345,292.35 | $345,292.35 | $345,292.35 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 327,095.04 | 327,095.04 | 327,095.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,260,225.27 | 4,260,225.27 | 144,221.62 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,932,612.66 | $4,932,612.66 | $816,609.01 |

4) This case was originally filed under Chapter 7 on November 13, 2011. The case was pending for 59 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/29/2016          By: /s/RICHARD J. MASON
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rental property at 1249 W. Early Ave., Chicago, | 1110-000 | 534,600.00 |
| Lemont POB, LLC (Project: 15900 W. 127th St. Lem | 1129-000 | 2,742.47 |
| 3713 West 15th LP (Project: 3713 West 15th, Plan | 1129-000 | 9,292.80 |
| Charles Schwab Brokerage Investment Account Acct | 1129-000 | 38,761.00 |
| HSA Commercial, Inc. | 1229-000 | 221,059.31 |
| Sale of Interests in Real Estate Entities | 1110-000 | 25,000.00 |
| IRS 2012 Amended Tax Refund plus interest | 1224-000 | 14,011.19 |
| IRS Tax Refund due to the NOL carryback from 201 | 1224-000 | 19,767.00 |
| **TOTAL GROSS RECEIPTS** | | **$865,233.77** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Theri Raby | Settlement Payment Awarded from Court Approved Settlement Order on 7/17/2014 (Docket # 229) | 8500-000 | 48,624.76 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$48,624.76** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Affinity Title Services, LLC | 4110-000 | N/A | 345,292.35 | 345,292.35 | 345,292.35 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$345,292.35** | **$345,292.35** | **$345,292.35** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 46,291.34 | 46,291.34 | 46,291.34 |
| IRS - US Treasury | 2810-000 | N/A | 58,515.00 | 58,515.00 | 58,515.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 13,627.80 | 13,627.80 | 13,627.80 |
| Jack Wayne Newsom | 2990-002 | N/A | 4,406.94 | 4,406.94 | 4,406.94 |
| McGuireWoods LLP | 3110-000 | N/A | 22,562.50 | 22,562.50 | 22,562.50 |
| McGuireWoods LLP | 3110-000 | N/A | 12,141.61 | 12,141.61 | 12,141.61 |
| McGuireWoods LLP | 3110-000 | N/A | 35,480.50 | 35,480.50 | 35,480.50 |
| McGuireWoods LLP | 3120-000 | N/A | 149.00 | 149.00 | 149.00 |
| McGuireWoods LLP | 3120-000 | N/A | 786.63 | 786.63 | 786.63 |
| John F. Pollick | 3210-000 | N/A | 2,310.00 | 2,310.00 | 2,310.00 |
| John F. Pollick | 3210-000 | N/A | 26,705.00 | 26,705.00 | 26,705.00 |
| John F. Pollick | 3210-000 | N/A | 31,745.00 | 31,745.00 | 31,745.00 |
| John F. Pollick | 3220-000 | N/A | 282.10 | 282.10 | 282.10 |
| McGladrey LLP | 3310-000 | N/A | 9,500.00 | 9,500.00 | 9,500.00 |
| RSM US LLP (f/k/a McGladrey LLP) | 3310-000 | N/A | 7,800.00 | 7,800.00 | 7,800.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.24 | 58.24 | 58.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 84.59 | 84.59 | 84.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.77 | 81.77 | 81.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 73.70 | 73.70 | 73.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 86.69 | 86.69 | 86.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 91.96 | 91.96 | 91.96 |
| Rabobank, N.A. | 2600-000 | N/A | 62.61 | 62.61 | 62.61 |
| Rabobank, N.A. | 2600-000 | N/A | 39.47 | 39.47 | 39.47 |
| International Sureties, LTD. | 2300-000 | N/A | 102.93 | 102.93 | 102.93 |
| Rabobank, N.A. | 2600-000 | N/A | 33.43 | 33.43 | 33.43 |
| Rabobank, N.A. | 2600-000 | N/A | 475.48 | 475.48 | 475.48 |
| Rabobank, N.A. | 2600-000 | N/A | 589.73 | 589.73 | 589.73 |
| Rabobank, N.A. | 2600-000 | N/A | 570.43 | 570.43 | 570.43 |
| Rabobank, N.A. | 2600-000 | N/A | 514.46 | 514.46 | 514.46 |
| Rabobank, N.A. | 2600-000 | N/A | 605.51 | 605.51 | 605.51 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 549.60 | 549.60 | 549.60 |
| Rabobank, N.A. | 2600-000 | N/A | 530.51 | 530.51 | 530.51 |
| Rabobank, N.A. | 2600-000 | N/A | 581.63 | 581.63 | 581.63 |
| Rabobank, N.A. | 2600-000 | N/A | 417.00 | 417.00 | 417.00 |
| Rabobank, N.A. | 2600-000 | N/A | 399.14 | 399.14 | 399.14 |
| Rabobank, N.A. | 2600-000 | N/A | 13.96 | 13.96 | 13.96 |
| International Sureties, LTD. | 2300-000 | N/A | 230.82 | 230.82 | 230.82 |
| Rabobank, N.A. | 2600-000 | N/A | 158.12 | 158.12 | 158.12 |
| Rabobank, N.A. | 2600-000 | N/A | 160.17 | 160.17 | 160.17 |
| Rabobank, N.A. | 2600-000 | N/A | 199.25 | 199.25 | 199.25 |
| Rabobank, N.A. | 2600-000 | N/A | 201.10 | 201.10 | 201.10 |
| Rabobank, N.A. | 2600-000 | N/A | 194.12 | 194.12 | 194.12 |
| Rabobank, N.A. | 2600-000 | N/A | 204.00 | 204.00 | 204.00 |
| Rabobank, N.A. | 2600-000 | N/A | 215.88 | 215.88 | 215.88 |
| Rabobank, N.A. | 2600-000 | N/A | 269.04 | 269.04 | 269.04 |
| Rabobank, N.A. | 2600-000 | N/A | 261.42 | 261.42 | 261.42 |
| Rabobank, N.A. | 2600-000 | N/A | 236.96 | 236.96 | 236.96 |
| Rabobank, N.A. | 2600-000 | N/A | 298.03 | 298.03 | 298.03 |
| Rabobank, N.A. | 2600-000 | N/A | 234.06 | 234.06 | 234.06 |
| Rabobank, N.A. | 2600-000 | N/A | 208.48 | 208.48 | 208.48 |
| Rabobank, N.A. | 2600-000 | N/A | 238.73 | 238.73 | 238.73 |
| Arthur B. Levine Company | 2300-000 | N/A | 100.00 | 100.00 | 100.00 |
| Rabobank, N.A. | 2600-000 | N/A | 226.67 | 226.67 | 226.67 |
| Rabobank, N.A. | 2600-000 | N/A | 218.67 | 218.67 | 218.67 |
| Rabobank, N.A. | 2600-000 | N/A | 240.95 | 240.95 | 240.95 |
| Rabobank, N.A. | 2600-000 | N/A | 233.06 | 233.06 | 233.06 |
| Rabobank, N.A. | 2600-000 | N/A | 217.70 | 217.70 | 217.70 |
| Rabobank, N.A. | 2600-000 | N/A | 239.92 | 239.92 | 239.92 |
| Rabobank, N.A. | 2600-000 | N/A | 224.70 | 224.70 | 224.70 |
| Rabobank, N.A. | 2600-000 | N/A | 216.90 | 216.90 | 216.90 |
| Rabobank, N.A. | 2600-000 | N/A | 265.41 | 265.41 | 265.41 |
| Rabobank, N.A. | 2600-000 | N/A | 262.35 | 262.35 | 262.35 |
| Rabobank, N.A. | 2600-000 | N/A | 261.96 | 261.96 | 261.96 |
| Rabobank, N.A. | 2600-000 | N/A | 297.72 | 297.72 | 297.72 |

| Payee | Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 261.19 | 261.19 | 261.19 |
| Arthur B. Levine Company | 2300-000 | N/A | 193.26 | 193.26 | 193.26 |
| Affinity Title Services, LLC | 2500-000 | N/A | 31,407.30 | 31,407.30 | 31,407.30 |
| Affinity Title Services, LLC | 2820-000 | N/A | 8,320.84 | 8,320.84 | 8,320.84 |
| Affinity Title Services, LLC | 2500-000 | N/A | 2,330.00 | 2,330.00 | 2,330.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$327,095.04** | **$327,095.04** | **$327,095.04** |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Howard Gamer | 7100-000 | N/A | 334,398.00 | 334,398.00 | 23,405.80 |
| 2 | Fan Man, LLC | 7100-000 | N/A | 124,516.00 | 124,516.00 | 8,715.35 |
| 3 | Dr. Seymour Kessler | 7100-000 | N/A | 184,830.00 | 184,830.00 | 12,936.96 |
| 4 | VERIZON WIRELESS | 7100-000 | N/A | 110.55 | 110.55 | 7.74 |
| 5 | State Farm Bank, F.S.B. | 7100-000 | N/A | 1,416,635.65 | 1,416,635.65 | 99,155.77 |
| 6 | Pinnacle Bank | 7200-000 | N/A | 2,199,735.07 | 2,199,735.07 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $4,260,225.27 | $4,260,225.27 | $144,221.62 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-45885  
**Case Name:** NEWSOM, JACK WAYNE  

**Period Ending:** 09/29/16

**Trustee:** (330470)  RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/13/11 (f)  
**§341(a) Meeting Date:** 12/14/11  
**Claims Bar Date:** 09/06/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Rental property at 910 S. Michigan, #1419, Chica<br>  Orig. Asset Memo: Imported from original petition Doc# 11 | 137,000.00 | 0.00 | | 0.00 | FA |
| 2 | Rental property at 1249 W. Early Ave., Chicago,<br>  Orig. Asset Memo: Imported from original petition Doc # 11, Paid from Sales Received on 11/07/2016 from Affinity Title and Borrower Derrick J. Robles | 222,750.00 | 0.00 | | 534,600.00 | FA |
| 3 | Commercial property located at 2544, Edward Orti<br>  Orig. Asset Memo: Imported from original petition Doc# 11 | 391,500.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank, Chicago, IL, Acct. #708530****<br>  Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Joint Checking/Savings Acct # 1110010906***/7085 | 1,875.00 | 1,875.00 | | 0.00 | FA |
| 5 | Rent deposit with landlord Nadine Ferraia, 1919<br>  Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Rent deposit with landlord, Nadine Ferrala, 1919 | 4,500.00 | 4,500.00 | OA | 0.00 | FA |
| 6 | Cooking utensils, silverware/flatware, cookware<br>  Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Cooking Utensils, Silverware/Flatware, Cookware | 1,400.00 | 0.00 | OA | 0.00 | FA |
| 7 | Posters, prints<br>  Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Posters, Prints | 300.00 | 0.00 | OA | 0.00 | FA |
| 8 | Clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: All Clothing | 500.00 | 0.00 | OA | 0.00 | FA |
| 9 | Wedding rings, jewelry, watches<br>  Orig. Asset Memo: Imported from original petition | 550.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-45885  
**Case Name:** NEWSOM, JACK WAYNE  

**Period Ending:** 09/29/16

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/13/11 (f)  
**§341(a) Meeting Date:** 12/14/11  
**Claims Bar Date:** 09/06/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Doc# 11; Imported from Amended Doc#: 50; Original asset description: Wedding Rings, Jewelry/Watches |  |  |  |  |  |
| 10 | Term life insurance policy, wife is beneficiary<br>    Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Term life insurance policy, wife is beneficary | 0.00 | 0.00 |  | 0.00 | FA |
| 11 | 401k Plan through Raby Institute<br>    Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: 401K Plan through Raby Institute | 35,000.00 | 0.00 |  | 0.00 | FA |
| 12 | Principal IRA<br>    Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50 | 65,000.00 | 0.00 |  | 0.00 | FA |
| 13 | Schwab IRA<br>    Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Schwaab IRA | 15,000.00 | 0.00 |  | 0.00 | FA |
| 14 | See Schedule B Rider<br>    Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: Duvall Industrial, LLC (Project: 1111 Imeson Pk. | 0.00 | 0.00 |  | 0.00 | FA |
| 15 | Lemont POB, LLC (Project: 15900 W. 127th St. Lem<br>    Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 |  | 2,742.47 | FA |
| 16 | Newnan Industrial, LLC (Project: 32 Dart Rd. New<br>    Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 |  | 0.00 | FA |
| 17 | Southwest Office Center, LLC (Project: 18210 S.<br>    Orig. Asset Memo: Imported from original petition Doc# 11 | 2,166.84 | 2,166.84 |  | 0.00 | FA |
| 18 | Addison Bridge, LLC (Project: 2015 Corporate Dr.<br>    Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 |  | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-45885  
**Case Name:** NEWSOM, JACK WAYNE  

**Period Ending:** 09/29/16

**Trustee:** (330470)   RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/13/11 (f)  
**§341(a) Meeting Date:** 12/14/11  
**Claims Bar Date:** 09/06/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 19 | Burr Ridge, LLC (Project: 7926-8010 S. Madison A<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 20 | GS Ohio POB, LLC (Project: 3219 Clifton Ave. Cin<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 377.14 | 377.14 | | 0.00 | FA |
| 21 | NAPER POB, LLC (Project: 1259 W. 127th St. Naper<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 891.44 | 891.44 | | 0.00 | FA |
| 22 | Brown Deer - WI & WI Two, LLC (Project: Brown De<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 23 | Meridian MOB, LLC (Project: 10601 N. Meridian St<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 1,315.70 | 1,315.70 | | 0.00 | FA |
| 24 | 8330 Naab Road MOB, LLC (Project: 8330 Naab Rd.<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Berry Surgery Center, LLC (Project: 28500 Orchar<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Peoria Executive POB, LLC (Project: 4911, 5113,<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 27 | 1001 E Buckingham POB LP (Project: 4911, 5113, 5<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | OA | 0.00 | FA |
| 28 | 3713 West 15th LP (Project: 3713 West 15th, Plan<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 12,610.49 | 12,610.49 | | 9,292.80 | FA |
| 29 | 2011 Lexus GX460 SUV, 4-door with 2,500 miles<br>Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original petition value: 53733.00; Original asset description: | 26,866.50 | 0.00 | OA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-45885  
**Case Name:** NEWSOM, JACK WAYNE  

**Period Ending:** 09/29/16

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/13/11 (f)  
**§341(a) Meeting Date:** 12/14/11  
**Claims Bar Date:** 09/06/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | 2011 Lexus GX460 SUV, 4-dr, with 2,500 miles in | | | | | |
| 30 | 1999 Mercedes E430 Sedan, 4 door with 159,000 mi<br>   Orig. Asset Memo: Imported from original petition Doc# 11; Imported from Amended Doc#: 50; Original asset description: 1999 Mercedes E430 Sedan, 4-dr, with 159,000 mil | 5,710.00 | 3,260.00 | OA | 0.00 | FA |
| 31 | Charles Schwab Brokerage Investment Account Acct<br>   Orig. Asset Memo: Imported from Amended Doc#: 50; Original petition value: 0.00; Original asset description: Charles Schwab Brokerage Investment Acoount | 41,986.00 | 41,986.00 | | 38,761.00 | FA |
| 32 | HSA Commercial, Inc. (u) | 0.00 | 0.00 | | 221,059.31 | FA |
| 33 | Sale of Interests in Real Estate Entities<br>   Order approving sale 3-27-14.<br>Report of sale filed 7-27-15. | 0.00 | 0.00 | | 25,000.00 | FA |
| 34 | Potential recovery of commission by filing an am (u)<br>   Orig. Asset Memo:<br>Not originally scheduled; Imported from Amended Doc#: 50 | Unknown | 0.00 | | 0.00 | FA |
| 35 | BSC Manager, LLC (u) (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 36 | East Buckingham Manager, GP (u) (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 37 | Properties, LLC (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 38 | JTER Uno Buckingham, LLC (u)<br>   Asset #37 is listed in the Schedule B Rider. (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 39 | Tinley Park POB, LLC (u) (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 40 | Urbana MOB, LLC (u) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 41 | void | 0.00 | 0.00 | | 0.00 | FA |
| 42 | EmRaq Properties LLC (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 43 | IRS 2012 Amended Tax Refund plus interest (u) | 0.00 | 14,011.19 | | 14,011.19 | FA |
| 44 | IRS Tax Refund due to the NOL carryback from 201 (u) | 0.00 | 19,767.00 | | 19,767.00 | FA |

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-45885  
**Case Name:** NEWSOM, JACK WAYNE  

**Trustee:** (330470)   RICHARD J. MASON  
**Filed (f) or Converted (c):** 11/13/11 (f)  
**§341(a) Meeting Date:** 12/14/11  

**Period Ending:** 09/29/16  
**Claims Bar Date:** 09/06/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 44   Assets   Totals (Excluding unknown values) | $967,299.11 | $102,760.80 | | $865,233.77 | $0.00 |

| | |
|---|---|
| RE PROP# 35 | Asset #35 is not listed in Schedule B but it is listed in the Schedule B Rider. |
| RE PROP# 36 | Asset #36 is not listed in Schedule B but it is listed in Schedule B Rider. |
| RE PROP# 37 | Asset #37 is not listed in Schedule B but it is listed in Schedule B Rider. |
| RE PROP# 38 | Asset #37 is listed in the Schedule B rider. |
| RE PROP# 39 | Asset #39 is not listed in Schedule B but it is listed in the Schedule B Rider. |
| RE PROP# 40 | Asset #39 is not listed in Schedule B but it is listed in the Schedule B Rider. |

**Major Activities Affecting Case Closing:**

TFR preparation was on hold pending the final compensation and expense amounts from Trustee Firm. TFR was filed with UST Office on June 2. On June 22 a followup from UST was received. Corrections were immedatley made and UST approved and filed Trustee's Final Report on June 23, 2016. That same day Trustee filed and mailed out the Notice of Final Report and all final fee applications. Final Report and Final Fee Petitions will be heard on July 27, 2016 at 10 AM.

Final Report and all Fee Applications were approved on July 27, 2016. The orders were entered in chambers. Distribution payments were sent out on July 29, 2016. We are waiting on payments to clear bank.

**Initial Projected Date Of Final Report (TFR):**     August 1, 2013          **Current Projected Date Of Final Report (TFR):**     June 2, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-45885 | | | Trustee: | RICHARD J. MASON (330470) |
| Case Name: | NEWSOM, JACK WAYNE | | | Bank Name: | The Bank of New York Mellon |
| | | | | Account: | ****-******47-66 - Checking Account |
| Taxpayer ID #: | **-***2200 | | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/29/16 | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/06/12 | {31} | Jack Wayne Newsom | Non-exempt portion of the funds in Debtor's brokerage account | 1129-000 | 38,761.00 | | 38,761.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.24 | 38,702.76 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.59 | 38,618.17 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.77 | 38,536.40 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.70 | 38,462.70 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 86.69 | 38,376.01 |
| 11/08/12 | {28} | Emraq Properties | October 2011-October 2012 3713 Distributions | 1129-000 | 9,292.80 | | 47,668.81 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.96 | 47,576.85 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 47,576.85 | 0.00 |
| | | | ACCOUNT TOTALS | | 48,053.80 | 48,053.80 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 47,576.85 | |
| | | | Subtotal | | 48,053.80 | 476.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $48,053.80 | $476.95 | |

{} Asset reference(s)                    Printed: 09/29/2016 12:50 PM    V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-45885 | | **Trustee:** | RICHARD J. MASON (330470) |
| --- | --- | --- | --- | --- |
| **Case Name:** | NEWSOM, JACK WAYNE | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******47-67 - Checking Account |
| **Taxpayer ID #:** | **-***2200 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/29/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/07/12 | | Affinity Title Services, LLC | sale proceeds received pursuant to Order at docket #117 | | 145,649.51 | | 145,649.51 |
| | {2} | | sale proceeds                 533,000.00 | 1110-000 | | | 145,649.51 |
| | | | settlement charges to       -31,407.30 seller | 2500-000 | | | 145,649.51 |
| | | | payoff to Wells Fargo       -345,292.35 | 4110-000 | | | 145,649.51 |
| | | | real estate taxes                 -8,320.84 | 2820-000 | | | 145,649.51 |
| | | | owners title insurance        -2,330.00 fees | 2500-000 | | | 145,649.51 |
| 11/07/12 | {2} | Derrick J. Robles | Title Services | 1110-000 | 1,600.00 | | 147,249.51 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 147,249.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 147,249.51 | 147,249.51 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 147,249.51 | |
| | | | **Subtotal** | | 147,249.51 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$147,249.51** | **$0.00** | |

{} Asset reference(s)

Printed: 09/29/2016 12:50 PM     V.13.28

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 11-45885  
Case Name: NEWSOM, JACK WAYNE  
Taxpayer ID #: **-***2200  
Period Ending: 09/29/16  

Trustee: RICHARD J. MASON (330470)  
Bank Name: Rabobank, N.A.  
Account: ******2066 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 47,576.85 | | 47,576.85 |
| 12/26/12 | 10101 | McGuire Woods, LLP | Compensation awarded to McGuireWoods LLP | 3110-000 | | 22,562.50 | 25,014.35 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.61 | 24,951.74 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.47 | 24,912.27 |
| 02/21/13 | 10102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2013 FOR CASE #11-45885, Bond #016026455 | 2300-000 | | 102.93 | 24,809.34 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.43 | 24,775.91 |
| 03/01/13 | {32} | HSA Commercial Inc. | Real Estate Entities | 1229-000 | 212,834.23 | | 237,610.14 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 475.48 | 237,134.66 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 589.73 | 236,544.93 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 570.43 | 235,974.50 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 514.46 | 235,460.04 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 605.51 | 234,854.53 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 549.60 | 234,304.93 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 530.51 | 233,774.42 |
| 10/14/13 | 10103 | United States Treasury | 2012 Form 1041 Federal Tax Payment | 2810-000 | | 57,515.00 | 176,259.42 |
| 10/14/13 | 10104 | Illinois Department of Revenue | Jack Wayne Newsome Bankruptcy Estate - 2012 Form IL-1041 Payment | 2820-000 | | 12,298.00 | 163,961.42 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 581.63 | 163,379.79 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.00 | 162,962.79 |
| 12/23/13 | 10105 | McGladrey LLP | Compensation awarded to Accountant | 3310-000 | | 9,500.00 | 153,462.79 |
| 12/23/13 | 10106 | John F. Pollick | Compensation awarded to John F. Pollick, P.C. | 3210-000 | | 31,745.00 | 121,717.79 |
| 01/22/14 | 10107 | Illinois Department of Revenue | Payment voucher for tax period ending December 31, 2012 for Jack Wayne Newsome Bankruptcy Estate | 2820-000 | | 1,329.80 | 120,387.99 |
| 02/06/14 | 10108 | Jack Wayne Newsom | Distribution from an abandoned interest om Real Estate Entity as Awarded in 10/13/2013 Court Order - Docket # 173 | 2990-002 | | 4,406.94 | 115,981.05 |
| 02/12/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 413.10 | 115,567.95 |
| 02/27/14 | 10109 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #11-45885, Bond # 016026455 | 2300-000 | | 230.82 | 115,337.13 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.12 | 115,179.01 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.17 | 115,018.84 |
| 04/11/14 | {33} | Kessler Development | The Sale of Interests in Real Estate Entities | 1110-000 | 12,500.00 | | 127,518.84 |
| | | | Subtotals : | | $272,911.08 | $145,392.24 | |

{} Asset reference(s)  
Printed: 09/29/2016 12:50 PM   V.13.28

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-45885 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | NEWSOM, JACK WAYNE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2066 - Checking Account |
| Taxpayer ID #: | **-***2200 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/29/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Corporation/Northern CHGO | | | | | |
| 04/11/14 | {33} | Kessler Development Corporation/Northern CHGO | The Sale of Interests in Real Estate Entities | 1110-000 | 12,500.00 | | 140,018.84 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 199.25 | 139,819.59 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 201.10 | 139,618.49 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.12 | 139,424.37 |
| 07/02/14 | 10110 | Internal Revenue Service | Payment to the IRS | 2810-000 | | 1,000.00 | 138,424.37 |
| 07/18/14 | 10111 | McGuire Woods, LLP | McGuireWoods Fees and Expenses | | | 36,267.13 | 102,157.24 |
| | | | FEES FOR ATTORNEY        35,480.50 TO TRUSTEE | 3110-000 | | | 102,157.24 |
| | | | EXPENSES TO                   786.63 ATTORNEY FOR TRUSTEE | 3120-000 | | | 102,157.24 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 204.00 | 101,953.24 |
| 08/08/14 | | From Account #******2067 | Transfer funds to estate account | 9999-000 | 73,629.75 | | 175,582.99 |
| 08/08/14 | | To Account #******2067 | Transferring funds to Early account | 9999-000 | | 5.00 | 175,577.99 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 215.88 | 175,362.11 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 269.04 | 175,093.07 |
| 10/27/14 | {32} | HSA Commercial Real Estate | Payment from HSA Commericial to the Estate from the LLC Distributions it was withholding. | 1229-000 | 8,225.08 | | 183,318.15 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.42 | 183,056.73 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.96 | 182,819.77 |
| 12/29/14 | 10112 | John F. Pollick | Compensation and Expense Reimbursement to John F. Pollick, P.C. | | | 26,987.10 | 155,832.67 |
| | | | FEES FOR ATTORNEY        26,705.00 TO TRUSTEE | 3210-000 | | | 155,832.67 |
| | | | EXPENSES TO                   282.10 ATTORNEY FOR TRUSTEE | 3220-000 | | | 155,832.67 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 298.03 | 155,534.64 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 234.06 | 155,300.58 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 208.48 | 155,092.10 |
| 03/24/15 | {15} | HSA Commercial Real Estate | The estate's share of tax return from Lemont LLC | 1129-000 | 2,742.47 | | 157,834.57 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 238.73 | 157,595.84 |
| 04/22/15 | 10113 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/22/2015 FOR CASE #11-45885, Bond Number: 10BSBGR6291 | 2300-000 | | 100.00 | 157,495.84 |

Subtotals :   $97,097.30   $67,120.30

{} Asset reference(s)

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 11-45885  
**Case Name:** NEWSOM, JACK WAYNE  
**Taxpayer ID #:** **-***2200  
**Period Ending:** 09/29/16

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 226.67 | 157,269.17 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.67 | 157,050.50 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 240.95 | 156,809.55 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 233.06 | 156,576.49 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 217.70 | 156,358.79 |
| 09/24/15 | {43} | IRS - US Treasury | Tax Refund from Amended 2012 Tax Return | 1224-000 | 107.91 | | 156,466.70 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 239.92 | 156,226.78 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 224.70 | 156,002.08 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.90 | 155,785.18 |
| 12/11/15 | {43} | United States Treasury | 2012 Amended Tax Refund from IRS plus interest | 1224-000 | 13,903.28 | | 169,688.46 |
| 12/18/15 | {44} | United States Treasury | IRS Tax Refund due to the NOL carryback from 2014 to 2012 | 1224-000 | 19,767.00 | | 189,455.46 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 265.41 | 189,190.05 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.35 | 188,927.70 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.96 | 188,665.74 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 297.72 | 188,368.02 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.19 | 188,106.83 |
| 05/17/16 | 10114 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #11-45885, Bond Number 10BSBGR6291 Voided on 05/17/16 | 2300-000 | | 193.26 | 187,913.57 |
| 05/17/16 | 10114 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #11-45885, Bond Number 10BSBGR6291 Voided: check issued on 05/17/16 | 2300-000 | | -193.26 | 188,106.83 |
| 05/17/16 | 10115 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/17/2016 FOR CASE #11-45885, Bond Number 10BSBGR6291 Voided on 05/17/16 | 2300-000 | | 189.41 | 187,917.42 |
| 05/17/16 | 10115 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/17/2016 FOR CASE #11-45885, Bond Number 10BSBGR6291 Voided: check issued on 05/17/16 | 2300-000 | | -189.41 | 188,106.83 |
| 05/17/16 | 10116 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2016 FOR CASE #11-45885, Bond Number 10BSGR6291 | 2300-000 | | 193.26 | 187,913.57 |
| 07/28/16 | 10117 | John F. Pollick | Trustee Attorney (Outside Counsel) Final | 3210-000 | | 2,310.00 | 185,603.57 |

Subtotals : $33,778.19    $5,670.46

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 11-45885  
**Case Name:** NEWSOM, JACK WAYNE  
**Taxpayer ID #:** **-***2200  
**Period Ending:** 09/29/16  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Compensation Payment Awarded from 7/27/2016 Court Order (Docket # 251) | | | | |
| 07/28/16 | 10118 | McGuireWoods, LLP | Final Compensation and Expense Reimbursement Payment Awarded from 7/27/2016 Court Order (Docket # 250) | | | 12,290.61 | 173,312.96 |
| | | | Final Compensation Payment for Trustee Attorney Fees Awarded from 7/27/2016 Court Order (Docket # 250)  12,141.61 | 3110-000 | | | 173,312.96 |
| | | | Final Reimbursement of Expenses Payment for Trustee Expenses Awarded from 7/27/2016 Court Order (Docket # 250)  149.00 | 3120-000 | | | 173,312.96 |
| 07/28/16 | 10119 | RSM US LLP (f/k/a McGladrey LLP) | Final Compensation and Reimbursement Payment for Trustee Accountants Awarded from 7/27/2016 Order (Docket # 252) | 3310-000 | | 7,800.00 | 165,512.96 |
| 07/28/16 | 10120 | RICHARD J. MASON, Trustee | First and Final Compensation Payment Awarded to Trustee from 7/27/2016 Court Order (Docket # 253) | 2100-000 | | 46,291.34 | 119,221.62 |
| 07/28/16 | 10121 | Howard Gamer | Distribution Payment from Final Report, re: Proof of Claim no. 1-1 | 7100-000 | | 10,419.35 | 108,802.27 |
| 07/28/16 | 10122 | Fan Man, LLC | Distribution Payment from Final Report, re: Proof of Claim no. 2-1 | 7100-000 | | 3,879.73 | 104,922.54 |
| 07/28/16 | 10123 | Dr. Seymour Kessler | Distribution Payment from Final Report, re: Proof of Claim no. 3-1 | 7100-000 | | 5,759.03 | 99,163.51 |
| 07/28/16 | 10124 | VERIZON WIRELESS | Distribution Payment from Final Report, re: Proof of Claim no. 4-1 | 7100-000 | | 7.74 | 99,155.77 |
| 07/28/16 | 10125 | State Farm Bank, F.S.B. | Distribution Payment from Final Report, re: Proof of Claim no. 5-1 | 7100-000 | | 99,155.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 403,786.57 | 403,786.57 | $0.00 |
| | | | Less: Bank Transfers | | 121,206.60 | 5.00 | |
| | | | **Subtotal** | | 282,579.97 | 403,781.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$282,579.97** | **$403,781.57** | |

{} Asset reference(s)                                                                                     Printed: 09/29/2016 12:50 PM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 11-45885 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | NEWSOM, JACK WAYNE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2067 - Checking Account |
| Taxpayer ID #: | **-***2200 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/29/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 147,249.51 | | 147,249.51 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 482.92 | 146,766.59 |
| 01/24/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -482.92 | 147,249.51 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 399.14 | 146,850.37 |
| 02/12/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -399.14 | 147,249.51 |
| 08/08/14 | | From Account #******2066 | Transferring funds to Early account | 9999-000 | 5.00 | | 147,254.51 |
| 08/08/14 | | To Account #******2066 | Transfer funds to estate account | 9999-000 | | 73,629.75 | 73,624.76 |
| 08/08/14 | 10101 | Theri Raby | Settlement Payment Awarded from Court Approved Settlement Order on 7/17/2014 (Docket # 229) | 8500-000 | | 48,624.76 | 25,000.00 |
| 08/08/14 | 10102 | Dr. Seymour Kessler | Settlement Payment Voided on 08/08/14 | 7100-000 | | 7,177.93 | 17,822.07 |
| 08/08/14 | 10102 | Dr. Seymour Kessler | Settlement Payment Voided: check issued on 08/08/14 | 7100-000 | | -7,177.93 | 25,000.00 |
| 08/08/14 | 10103 | Howard Gamer | Settlement Payment Voided on 08/08/14 | 7100-000 | | 12,986.45 | 12,013.55 |
| 08/08/14 | 10103 | Howard Gamer | Settlement Payment Voided: check issued on 08/08/14 | 7100-000 | | -12,986.45 | 25,000.00 |
| 08/08/14 | 10104 | Fan Man, LLC | Settlement Payment Voided on 08/08/14 | 7100-000 | | 4,835.62 | 20,164.38 |
| 08/08/14 | 10104 | Fan Man, LLC | Settlement Payment Voided: check issued on 08/08/14 | 7100-000 | | -4,835.62 | 25,000.00 |
| 08/08/14 | 10105 | Dr. Seymour Kessler | Settlement Payment Awarded from Court Approved Settlement Order on 7/17/2014 (Docket # 229) | 7100-000 | | 7,177.93 | 17,822.07 |
| 08/08/14 | 10106 | Howard Gamer | Settlement Payment Awarded from Court Approved Settlement Order on 7/17/2014 (Docket # 229) | 7100-000 | | 12,986.45 | 4,835.62 |
| 08/08/14 | 10107 | Fan Man, LLC | Settlement Payment Awarded from Court Approved Settlement Order on 7/17/2014 (Docket # 229) | 7100-000 | | 4,835.62 | 0.00 |

Subtotals :    $147,254.51    $147,254.51

{} Asset reference(s)

Printed: 09/29/2016 12:50 PM    V.13.28

Case 11-45885    Doc 254    Filed 10/04/16    Entered 10/04/16 11:17:47    Desc Main
Document      Page 19 of 19

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 11-45885  
**Case Name:** NEWSOM, JACK WAYNE  

**Taxpayer ID #:** **-***2200  
**Period Ending:** 09/29/16  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2067 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 147,254.51 | 147,254.51 | $0.00 |
| | | | Less: Bank Transfers | | 147,254.51 | 73,629.75 | |
| | | | **Subtotal** | | 0.00 | 73,624.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$73,624.76** | |

```
            Net Receipts :    477,883.28
    Plus Gross Adjustments :   387,350.49
Less Other Noncompensable Items :  4,406.94
                                  _____
              Net Estate :    $860,826.83
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******47-66** | 48,053.80 | 476.95 | 0.00 |
| **Checking # ****-******47-67** | 147,249.51 | 0.00 | 0.00 |
| **Checking # ******2066** | 282,579.97 | 403,781.57 | 0.00 |
| **Checking # ******2067** | 0.00 | 73,624.76 | 0.00 |
| | $477,883.28 | $477,883.28 | $0.00 |

{} Asset reference(s)                                                                  Printed: 09/29/2016 12:50 PM    V.13.28